## IN THE UNITED STATES FEDERAL COURT
## OF NORTHERN DISTRICT OF ILLINOIS

MARINA SNOPOVA, *at., el.,*
individually on behalf of herself
and all others similarly situated**,**         Case No. **1:16-cv-3373**
members of Class of Passengers

       Plaintiffs,

   vs.

FRONTIER AIRLINES INC,
a foreign corporation

       Defendant.

___

### NOTICE OF ATTORNEY APPEARANCE
___

  **PLEASE TAKE NOTICE** that the undersigned attorney is privately retained by and will appear as counsel of record and lead trial counsel for the above-named Plaintiffs, VOLHA BUDYLINA, MARINA SNOPOVA DMITRIY PRIGORENKO on their own behalf and on behalf of their minor children MATTHEW PRIGIRENKO and ANGELIKA PRIGORENKO**,** individually and on behalf of all others similarly situated, in the above-captioned civil action. Accordingly we are respectfully requesting that all notices and all pertinent documents in this action be served on us at our law office located at: 10919 North Hedgewood Line, Mequon, WI 53092.

  **PLEASE TAKE FURTHER NOTICE** that the undersigned counsel of record as a member of bar of the United States District Court for Northern District of Illinois is hereby designated as lead trial counsel in the above-captioned matter.

Dated on this 16th day of March, 2016.

       GOROKHOVSKY LAW OFFICE, LLC
       Attorney for Plaintiffs


      BY: *Vladimir M. Gorokhovsky, Esq.*
       /s/ Vladimir M. Gorokhovsky, LL.M.
       ILND TR 10994

**P.O. Business Address**:
Gorokhovsky Law Office, LLC
10919 N. Hedgewood Line
Mequon, WI 53092
Telephone: (414)-581-1582
gorlawoffice@yahoo.com