**IN THE UNITED STATES FEDERAL COURT
OF NORTHERN DISTRICT OF ILLINOIS**

| | | |
|---|---|---|
| **MARINA SNOPOVA,** | } | |
| **VOLHA BUDYLINA,** | } | |
| **DMITRIY PRIGORENKO** | } | **Case No. <u>2016-CV-3373</u>** |
| **on her own behalf and on behalf** | } | |
| **of her minor children** | } | |
| **MATTHEW PRIGIRENKO and** | } | |
| **ANGELIKA PRIGORENKO** | } | |
| **5105 Madison Street, Apt 306,** | } | |
| **Buffalo Grove, Illinois 60636** | } | |
| **Plaintiffs,** | } | |
| | } | |
| **vs.** | } | |
| | } | |
| **FRONTIER AIRLINES** | } | |
| **7001 TOWER ROAD, Denver** | } | |
| **Colorado 80249** | } | |
| **a foreign corporation** | } | |
| **Defendant.** | } | |
| | } | **JURY DEMAND ON ALL COUNTS** |

**CIVIL COVER SHEET**

**1**. **Plaintiffs**: **VOLHA BUDYLINA**          **Defendant**: FRONTIER AIRLINES
                    **MARINA SNOPOVA**                            7001 TOWER ROAD,
                    **DMITRIY PRIGORENKO**                    Denver, Colorado 80249
                    **MATTHEW PRIGIRENKO**
                    **ANGELIKA PRIGORENKO**
                    5105 Madison Street, Apt 306,
                    Buffalo Grove, Illinois 60636.

**Plaintiffs Attorney**: Vladimir M. Gorokhovsky, LL.M.
                    GOROKHOVSKY LAW OFFICE, LLC
                    10919 N. Hedgewood Ln.,
                    Mequon, WI 53092
                    (414)-581-1582
                    gorlawoffice@yahoo.com

**Defendants Attorneys**:  Brian T. Maye, Esq.
                    ADLER MURPHY & McQUILLEN LLP
                    20 S. Clark Street, Suite 2500
                    Chicago, Illinois 60603
                    Main: (312) 345-0700

Direct: (312) 422-5713
Mobile: (312) 286-5117
Facsimile: (312) 345-9860
www.amm-law.com

**2. Basis of Jurisdiction**: **- Federal Question (U.S. not a Party);**
- 28 U.S.C. § 1331, 28 U.S.C. § 1332, 28 U.S.C. § 1337;
- Art. 33(1) of Montreal Convention for the Unification of Certain Rules for International Carriage by Air, May 28, 1999.

**3. Citizenship of Parties**: Plaintiffs are citizens of State of Illinois
Defendants are citizens of another state

**4. Nature of Suit**: **890: Other Statutory Action**: this civil action arises under the Treaty of the United States known as the Convention for the Unification of Certain Rules Relating to International Transportation by Air, concluded at Warsaw, Poland, October 12, 1929 ("Warsaw Convention"), 49 Stat. 3000, T.S. No. 876, 137 L.N.T.S. 11 (1934), reprinted in note following 49 U.S.C. § 1502 (1976) or in alternative under Article 19 of Montreal Convention for the Unification of Certain Rules for International Carriage by Air, May 28, 1999 (entered into force on Nov. 4, 2003) (Montreal Convention), reprinted in S. Treaty Doc. No. 106-45.

**5. Origin**: **Original Proceeding**

**6. Cause of Action**: Cause of Action pursuant to the Art. 19 of the Warsaw Convention and or Articles 19 and 22(6) of the Montreal Convention for the Unification of Certain Rules for International Carriage by Air, May 28, 1999;
Cause of Action on behalf of entire class of passengers of flight No 81 operated by Frontier Airlines Inc on January 28, 2016 from Punta Cana, Dominican Republic to Chicago, Illinois, USA.

**7. Previous Bankruptcy Matters**: NONE

**8. Requested in Complaints**: **Demand**: $1,950,000.00      **Jury Demand**: YES

**9. Related Case**: None

**10. This Case**: Is not a refiling of a previously dismissed action.

**11.  Class Action:**     YES

**12.  Date**:          March 16, 2016.

Dated this Civil Cover Sheet on this 16<u>th</u> day of <u>March </u>2016.

Respectfully submitted by
GOROKHOVSKY LAW OFFICES, L.L.C.
Attorneys for Plaintiffs


BY: *Vladimir M. Gorokhovsky, Esq.*
         /S/ VLADIMIR M. GOROKHOVSKY, LL.M.
         ILND TR. 10994


**P.O. Business Address:**
Gorokhovsky Law Office, LLC
10919 North Hedgewood Ln.,
Mequon, WI 53092
Telephone: (414)-581-1582
gorlawoffice@yahoo.com