**U.S. District Court for the Northern District Of Illinois
Attorney Appearance Form**

---

Case Title:
VOLHA BUDYLINA, MARINA SNOPOVA, and DMITRI PRIGORENKO, on their own behalf and on behalf of their minor children MATHEW PRIGORENKO and ANGELIKA PRIGORENKO,
Plaintiffs,

V.

FRONTIER AIRLINES,
Defendant.

Case Number:

1:16-CV-03373

An appearance is hereby filed by the undersigned as attorney for:

FRONTIER AIRLINES

Attorney name (type or print):  MATTHEW S. DOWLING

Firm:    Adler, Murphy & McQuillen LLP

Street address:    20 S. Clark Street, Suite 2500

City/State/Zip:    Chicago, Illinois  60603

Bar ID Number: 32597
(See item 3 in instructions)

Telephone Number:    312-345-0700

Email Address: mdowling@amm-law.com

| | | |
|---|---|---|
| Are you acting as lead counsel in this case? | ☒ Yes | ☐ No |
| Are you acting as local counsel in this case? | ☐ Yes | ☒ No |
| Are you a member of the court's trial bar? | ☐ Yes | ☒ No |
| If this case reaches trial, will you act as the trial attorney? | ☐ Yes | ☐ No |

If this is a criminal case, check your status.    ☐ Retained Counsel

☐ Appointed Counsel
If appointed counsel, are you a

☐ Federal Defender

☐ CJA Panel Attorney

---

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14. I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C.§1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on May 11, 2016

Attorney signature:  S/ Matthew S. Dowling
 (Use electronic signature if the appearance form is filed electronically.)

Revised  8/1/2015