IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| VOLHA BUDYLINA, MARINA SNOPOVA, and DMITRI PRIGORENKO, on their own behalf and on behalf of their minor children MATHEW PRIGORENKO and ANGELIKA PRIGORENKO, | ) ) ) ) ) | Case No.: 1:16-cv-03373 |
| Plaintiffs, | ) ) | Honorable Manish S. Shah |
| v. | ) ) ) | |
| FRONTIER AIRLINES | ) ) | |
| Defendant. | ) | |

## NOTICE OF MOTION

TO: Attorney of Record

    PLEASE TAKE NOTICE that on **Friday, May 20, 2016 at 9:30 a.m.**, or as soon thereafter as counsel may be heard, I shall appear before the Hon. Manish S. Shaw in Courtroom 1719 of the Everett McKinley Dirksen United States Courthouse, 219 S. Dearborn Street, Chicago, Illinois, and shall then and there present Frontier Airlines, Inc.'s Motion to Dismiss Plaintiff's Fourth Amended Complaint which is herewith served upon you.

Dated: May 13, 2016            Respectfully submitted,

                                                 /s/ Matthew S. Dowling

                                                 Brian T. Maye
                                                 Matthew S. Dowling
                                                 Adler Murphy & McQuillen LLP
                                                 20 S. Clark Street, Suite 2500
                                                 Chicago, Illinois 60603
                                                 Telephone: (312) 422-5778
                                                 bmaye@amm-law.com
                                                 mdowling@amm-law.com

                                                 Attorneys for Defendant Frontier Airlines, Inc.

## CERTIFICATE OF SERVICE

   The undersigned, an attorney, certifies that a true and correct copy of Notice of Motion for Frontier Airlines, Inc.'s Motion to Dismiss Plaintiffs' Fourth Amended Complaint was served on the attorney(s) listed below in accordance with Federal Rule of Civil Procedure 5(a) and Local Rule 5.5 by e-mailing and depositing the same in the U.S. Mail at 20 S. Clark Street, Chicago, IL 60603 with proper postage prepaid on May 13, 2016.

                   /s/ *Matthew S. Dowling*
                   Matthew S. Dowling


TO: Vladimir M. Gorokhovsky
    GOROKHOVSKY LAW OFFICE, LLC
    10919 North Hedgewood Lane
    Mequon, Wisconsin 53092
    gorlawoffice@yahoo.com