IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| VOLHA BUDYLINA, MARINA SNOPOVA, and DMITRI PRIGORENKO, on their own behalf and on behalf of their minor children MATHEW PRIGORENKO and ANGELIKA PRIGORENKO, | Case No.: 1:16-cv-03373 |
| Plaintiffs, | Honorable Manish S. Shah |
| v. | |
| FRONTIER AIRLINES | |
| Defendant. | |

**FRONTIER AIRLINES, INC.'S CORPORATE DISCLOSURE STATEMENT**

Defendant Frontier Airlines, Inc., by its undersigned counsel, submits this Disclosure Statement pursuant to Federal Rule of Civil Procedure 7.1 and Local Rule 3.2, and states as follows:

1. Frontier Airlines Holdings, Inc. owns more than 5% of Frontier Airlines, Inc.

2. No publicly held corporation owns more than 10% of Frontier Airlines, Inc.'s common stock.

Dated: May 13, 2016

Respectfully submitted,

/s/ Matthew S. Dowling

Brian T. Maye
Matthew S. Dowling
Adler Murphy & McQuillen LLP
20 S. Clark Street, Suite 2500
Chicago, Illinois 60603
Telephone: (312) 345-0700
bmaye@amm-law.com
mdowling@amm-law.com

Attorneys for Defendant Frontier Airlines, Inc.

1

## **CERTIFICATE OF SERVICE**

      The undersigned attorney certifies that on May 13, 2016, he served the foregoing document by electronically filing the same with the Clerk of the U.S. District Court for the Northern District of Illinois by using the CM/ECF system, which will send notification of such filing to all CM/ECF participants.

                                        /s/ Matthew S. Dowling