**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| VOLHA BUDYLINA, MARINA SNOPOVA, and DMITRI PRIGORENKO, on their own behalf and on behalf of their minor children MATHEW PRIGORENKO and ANGELIKA PRIGORENKO, | ) ) ) ) | Case No.: 1:16-cv-03373 |
| | ) | |
| Plaintiffs, | ) | Honorable Manish S. Shah |
| | ) | |
| v. | ) | |
| | ) | |
| FRONTIER AIRLINES, | ) | |
| | ) | |
| Defendant. | ) | |

---

## FRONTIER AIRLINES, INC.'S INITIAL STATUS REPORT

Counsel for Frontier Airlines, Inc. ("Frontier") prepared a joint initial status report and provided it to counsel for Plaintiffs for his consideration. Counsel for Plaintiffs responded that he did not agree with the proposed joint initial status report and that he intended to file a status report on behalf of Plaintiff.

1.    NATURE OF THE CASE:

    a.    Attorneys of Record

| Counsel for Plaintiffs | Counsel for Defendant Frontier Airlines, Inc. |
|---|---|
| Vladimir Gorokhovsky | Brian T. Maye |
| Gorokhovsky Law Office, LLC | Adler Murphy & McQuillen LLP |
| 10919 North Hedgewood Ln. | 20 S. Clark Street, Suite 2500 |
| Mequon, WI 53092 | Chicago, Illinois 60603 |
| Tel: (414) 581-1582 | Tel: (312) 345-0700 |
| gorlawoffice@yahoo.com | briantmaye@gmail.com |

    b.    Basis for Federal Jurisdiction

Article 19 of the Montreal Convention provides the basis for federal question jurisdiction under 28 U.S.C. § 1331.

    c.    Nature of the Claims

According to the Complaint, Plaintiffs bring individual and putative class action claims pursuant to Article 19 of the Montreal Convention and Frontier's contract of

carriage related to the delay of Frontier flight 81, Punta Cana to Chicago, on January 28, 2016. Frontier does not anticipate filing any third-party actions.

d. Major Legal and Factual Issues

    1. Whether Plaintiffs alleged damages are recoverable under Article 19 of the Montreal Convention. (*See* Frontier's pending Motion to Dismiss)

    2. Whether Plaintiffs can prove that they sustained damages caused by the delay of the subject flight. *See* Article 19, Montreal Convention.

    3. Whether Frontier can prove that it took all measures that could reasonably be required to avoid the alleged damages sustained by Plaintiffs. *See* Article 19, Montreal Convention.

    4. Whether Frontier can prove that it was impossible for it to take measures to avoid the alleged damages sustained by Plaintiffs. *See* Article 19, Montreal Convention.

    5. Whether Counts Two, Three Four, Six, Seven and Eight of the Complaint should be dismissed for being duplicative of other counts. (*See* Frontier's pending Motion to Dismiss)

e. Relief Sought

According to the Complaint, Plaintiffs seek recovery for expenses and lost earnings relating to the subject delay. Plaintiffs also seek non-economic damages, costs and attorney's fees.

2. Pending Motion and Case Plan

a. Identify all pending motions

On May 13, 2016, Frontier filed a motion to dismiss asserting that (1) all claims of non-economic damages alleged by Plaintiffs be dismissed pursuant to Federal Rule of Civil Procedure 12(b)(6) for failure to state a claim upon which relief can be granted, (2) Counts Two, Three and Four be dismissed for being duplicative with Count One, and (3) Counts Six, Seven and Eight be dismissed for being duplicative with Count Five.

b. Frontier's Proposed Discovery Plan

    i. Frontier anticipates discovery focusing on the cause of the subject flight delay, actions taken by Frontier to limit the duration of the delay, what efforts were made to accommodate Plaintiffs during the subject delay, and to what extent Plaintiffs suffered damages as a result of the flight delay.

     ii.   Deadline to serve Rule 26(1)(1) disclosures: June 3, 2016

     iii.   Deadline to issue written discovery: June 13, 2016

     iv.   Fact discovery completion date:  November 18, 2016

     v.   Expert discovery deadlines:

- Plaintiffs' expert reports:  December 16, 2016
- Defendant's expert reports:  January 20, 2017
- Expert discovery completion date:  March 24, 2017

     vi.   Dispositive motion deadline: March 24, 2017

c.     Jury trial has been requested by Plaintiffs and Frontier, and the probable length of trial is 3-5 days.

3.     Frontier does not consent to proceed before a Magistrate Judge.

4.     Status of Settlement Discussions

a.     Prior to filing suit, Plaintiffs presented a settlement demand. Frontier responded with a settlement offer.  There have been no further demands or offers presented in this matter.

b.     Frontier is opposed to scheduling a settlement conference at this time.

Dated: May 17, 2016

/s/ Brian T. Maye
_____

Brian T. Maye
Adler Murphy & McQuillen LLP
20 S. Clark Street, Suite 2500
Chicago, Illinois 60603
Tel: (312) 345-0700
bmaye@amm-law.com

Counsel for Defendant Frontier Airlines, Inc.

## **CERTIFICATE OF SERVICE**

The undersigned attorney certifies that on May 17, 2016, he served the foregoing document by electronically filing the same with the Clerk of the U.S. District Court for the Northern District of Illinois by using the CM/ECF system, which will send notification of such filing to all CM/ECF participants.

/s/ Brian T. Maye