## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.1.1
### Eastern Division

Marina Snopova, et al.

                          Plaintiff,

v.                                              Case No.: 1:16–cv–03373
                                                Honorable Manish S. Shah

Frontier Airlines Inc

                          Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, May 20, 2016:

        MINUTE entry before the Honorable Manish S. Shah: Status hearing held. Motion hearing held. Plaintiff has leave to file an amended complaint by 6/17/16. Once filed, defendant's motion to dismiss [9] will be terminated as moot. Defendant 9;s responsive pleading is due 7/8/16. If defendant's responsive pleading is a motion to dismiss, no notice of presentment is necessary. Plaintiff's response is due 7/29/16; defendant's reply is due 8/12/16. The parties shall exchange initial disclosures by 6/3/16. All fact discovery must be noticed in time to be completed by 12/30/16. Continued status hearing is set for 8/17/16 at 9:30 a.m. If all parties agree a settlement conference with the magistrate judge would be useful, they may contact this court's courtroom deputy. Notices mailed by Judicial Staff. (psm, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.