IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| VOLHA BUDYLINA, MARINA SNOPOVA, and DMITRI PRIGORENKO, on their own behalf and on behalf of their minor children MATHEW PRIGORENKO and ANGELIKA PRIGORENKO, <br><br>  Plaintiffs, <br><br> v. <br><br> FRONTIER AIRLINES <br><br>  Defendant. | Case No.: 1:16-cv-03373 <br><br> Honorable Manish S. Shah |

**PLAINTIFF'S INITIAL DISCLOSURES**
**PURSUANT TO FEDERAL RULE 26(a)(1)**

NOW COMES the above-named Plaintiffs by and through its attorneys, Gorokhovsky Law Office LLC, provides the following Initial Disclosures pursuant to Rule 26(a)(1) of the Federal Rules of Civil Procedure. Plaintiff's Initial Disclosures are based upon information available to them so far. Plaintiffs reserve the right to supplement and amend its disclosures as discovery continues.

A.   The name and, if known, the address and telephone number of each individual likely to have discoverable information that the disclosing party may use to support its claims or defenses, unless solely for impeachment, identifying the subjects of the information.

**RESPONSE:**

   1.   Plaintiffs Volha Budylina, Marina Snopova and Dmitri Prigorenko, Mathew Prigorenko and Angelika Prigorenko
        c/o Vladimir Gorokhovsky
        Subject: Incident details; efforts made to accommodate Plaintiffs; Plaintiffs' actions following delay; damages allegedly sustained by Plaintiffs related to delay; actions taken by Apple Vacations regarding alleged delay; actions taken by Frontier regarding alleged delay

   2.   Apple Vacations

       Subject: Apple Vacation's agreement with Plaintiffs; Apple Vacations' policies and procedures; Apple Vacations' accommodation of Plaintiffs; actions taken by Apple regarding alleged delay

3. Frontier Employee
c/o Adler Murphy & McQuillen LLP
Subject: Frontier's policies and procedures; incident details; Frontier's response to cause of subject delay; actions taken by Frontier in response to delay

4. Plaintiffs' Employers and co-workers
Subject: Plaintiffs' alleged loss of wages

5. Witnesses identified by Plaintiffs

6. Witnesses identified by Defendant

Any Plaintiff's employee and or agents identified herein or otherwise referenced in any document described herein or otherwise produced during the course of discovery in this matter shall be contacted solely and exclusively through Gorokhovsky Law Office LLC.

**B.** **A copy of, or description by category and location of, all documents, data compilations, and tangible things that are in the possession, custody or control of the party and that the disclosing party may use to support its claims or defenses, unless solely for impeachment.**

**RESPONSE:**

    Any and all documents currently in parties custody and control.

**C.** **A computation of any category of damages claimed by the disclosing party, making available for inspection and copying as under Rule 34 the documents or other evidentiary material, not privileged or protected from disclosure, on which such computation is based, including materials bearing on the nature and extent of injuries suffered.**

**RESPONSE:**

    Being provided to Frontier via Plaintiff's Statement on Damages.

**D.** **For inspection and copying as under Rule 34 any insurance agreement under which any person carrying on an insurance business may be liable to satisfy part or all of a judgment which may be entered in the action or to indemnify or reimburse for payments made to satisfy the judgment.**

**RESPONSE:**

    N/A

Dated on this **9th** day of June 2016.

Respectfully submitted by:

GOROKHOVSKY LAW OFFICE, LLC
Attorney for Plaintiffs

BY: /s/ Vladimir M. Gorokhovsky
Vladimir M. Gorokhovsky, LL.M.
ILND TR.: 10994

**P.O Business Address:**
Gorokhovsky Law Office, LLC
10919 N. Hedgewood Ln.,
Mequon, WI 53092
(414)-581-1582

### CERTIFICATE OF SERVICE

The undersigned attorney certifies that on June 9, 2016, he served the foregoing document by electronically filing the same with the Clerk of the U.S. District Court for the Northern District of Illinois by using the CM/ECF system, which will send notification of such filing to all CM/ECF participants.

/s/ Vladimir Gorokhovsky