THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| VOLHA BUDYLINA, MARINA SNOPOVA, ) <br> and DMITRI PRIGORENKO, on their own behalf ) <br> and on behalf of their minor children MATHEW ) <br> PRIGORENKO and ANGELIKA PRIGORENKO, ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> FRONTIER AIRLINES ) <br> ) <br> Defendant. ) | Case No.: 1:16-cv-03373 <br><br> Honorable Manish S. Shah |

**CERTIFICATE OF SERVICE OF RULE 26(a)(1) DISCLOSURE**

    I hereby certify that on June 9, 2016 I caused a copy of the foregoing to be electronically filed with the Clerk of Court using CM/ECF, which will send electronic notification to the parties and registered attorneys of record that the document has been filed and is available for viewing and downloading.

Dated this Notice on this **9**th day of June 2016.

                                Respectfully submitted by:
                                GOROKHOVSKY LAW OFFICE, LLC
                                Attorney for Plaintiffs


                          BY: /s/ Vladimir M. Gorokhovsky
                              Vladimir M. Gorokhovsky, LL.M.
                              ILND TR.: 10994

**P.O Business Address:**
Gorokhovsky Law Office, LLC
10919 N. Hedgewood Ln.,
Mequon, WI 53092
(414)-581-1582