IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

**MARINA SNOPOVA** *at., el.*,  Case No. 1:16-cv-3373
  **Plaintiffs**
  vs.  HON. MANISH S. SHAH

**FRONTIER AIRLINES INC.**
  **Defendant**

### PLAINTIFFS' OPPOSITION TO MOTION TO DISMISS OF DEFENDANT FRONTIER AIRLINES INC

**NOW COMES** the above-named Plaintiffs, MARINA SNOPOVA, VOLHA BUDYLINA, DMITRIY PRIGORENKO on their own behalf and on behalf of their minor children MATTHEW PRIGIRENKO, ANGELIKA PRIGORENKO, NERINGA JOKUBAVICIENA, and VYTAUTAS JOKUBAVICIUS, on her own behalf and on behalf of all others similarly situated ("the Class"), by their counsel of record, Attorney Vladimir M. Gorokhovsky of Gorokhovsky Law Offices, LLC, and in Opposition to Motion to Dismiss Third Amended Class Action Complaint at Law as filed by the above-named defendant FRONTIER AIRLINES INC on July 8, 2016 are stating and alleging as follows.

  1. That this civil action concerns defendant's liability under Article 19 of Montreal Convention for the Unification of Certain Rules for International Carriage by Air, May 28, 1999 (entered into force on Nov. 4, 2003) (Montreal Convention), *reprinted in* S. Treaty Doc. No. 106-45, which is the supreme law of this land [1] pursuant to the Article VI of the United States Constitution.

---

[1] The Montreal Convention is available in the UNITED STATES CODE SERVICE (U.S.C.S.) volume titled International Agreements at 635 (2007). It is also available at S. Treaty Doc. No. 106-45, 1999 WL 33292734 at 29-45.

2. That motion to dismiss 1st Amended Class Action Complaint at Law of the above-named defendant Frontier Airlines is not viable for reasons further identified and discussed in Memorandum of Law and Facts as appended herewith marked as Exhibit A, incorporated by reference and made a part of this entire Opposition to Motion to Dismiss as filed by the above-named defendant Frontier Airlines Inc in the above-captioned matter.

3. That this Opposition to Motion to Dismiss of defendant Frontier Airlines Inc is further based on and is supported by Memorandum of Law and facts appended herewith marked as Exhibit A, incorporated by reference and made a part of this entire Opposition to Motion to Dismiss filed by the above-named defendant FRONTIER in the above-captioned matter.

**WHEREFORE,** the above-named Plaintiffs are respectfully requesting an order denying the motion to dismiss of the above-named defendant FRONTIER AIRLINES INC as filed by FRONTIER on or about July 8, 2016 in the above-captioned matter; as well as for any other and further relief this Court deems just and proper.

Dated this 14th day of July 2016.

    Respectfully submitted
    GOROKHOVSKY LAW OFFICE, LLC
    Counsel for Plaintiffs

BY: */s/ Vladimir M. Gorokhovsky, Esq.*
    /s/ Vladimir M. Gorokhovsky, LL.M.

P.O. Business Address:
Gorokhovsky Law Office LLC
10919 N. Hedgewood Ln
Mequon, WI 53092
(414)-581-1582

CERTIFICATE OF SERVICE:

I hereby certify that on July 14th, 2016 I caused a copy of the foregoing to be electronically filed with the Clerk of Court using CM/ECF, which will send electronic notification to the parties and registered attorneys of record that the document has been filed and is available for viewing and downloading.

**Vladimir Gorokhovsky, Esq.**
_____
/s/ VLADIMIR GOROKHOVSKY