THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

---

**MARINA SNOPOVA** *at., el.*,   Case No. 1:16-cv-3373

           **Plaintiffs**

   vs.   HON. MANISH S. SHAH

**FRONTIER AIRLINES INC.**
a foreign corporation

           **Defendant**

---

**CERTIFICATE OF SERVICE OF PLAINTIFFS' OPPOSITION TO MOTION TO DISMISS OF DEFENDANT UNITED AIRLINES INC**

---

Pursuant to Local Rule 5.5(b) and 5.9, the undersigned counsel of record for the above-named Plaintiffs hereby certify that on July 27, 2016 he caused a copy of the foregoing pleadings to be electronically filed with the Clerk of Court using CM/ECF, which will send electronic notification to the parties and registered attorneys of record that the document has been filed and is available for viewing and downloading.

Dated this Notice on this **27th** day of July 2016.

           Respectfully submitted by:

           GOROKHOVSKY LAW OFFICE, LLC
           Attorney for Plaintiffs


           BY: /s/ Vladimir M. Gorokhovsky
                Vladimir M. Gorokhovsky, LL.M.
                ILND TR. 10994

**P.O Business Address:**
Gorokhovsky Law Office, LLC
10919 N. Hedgewood Ln.,
Mequon, WI 53092
(414)-581-1582