THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **MARINA SNOPOVA,** *at., el.,* ) | Case No.: 1:16-cv-03373 |
| Plaintiffs, ) | |
| ) | |
| v. ) | Honorable Manish S. Shah |
| ) | |
| **FRONTIER AIRLINES INC** ) | |
| Defendant. ) | |

---

**CERTIFICATE OF SERVICE OF
PLAINTIFF'S MOTION TO STRIKE AFFIRMATIVE DEFENSES PURSUANT
TO RULE 12(f)(2) OF FED. R. CIV. PROCEDURE**

---

Under penalties as provided by law and pursuant to Local Rule 5.5(b) and 56(1) the undersigned certifies that the within pleadings were served via CM/ECF upon defendant's counsel, **Attorney Brian T. Maye** of **Adler Murphy & McQuillen, 20 S. Clark Street, Suite 2500, Chicago, Illinois 60603** on **July 27,** 2016.

Dated this Notice on this **27th** day of **July** 2016.

Respectfully submitted by:

GOROKHOVSKY LAW OFFICES, LLC
Attorney for Plaintiffs


BY: *Vladimir Gorokhovsky, Esq*
/s/Vladimir Gorokhovsky, LL.M.
ILND TR. 10994

**P.O Business Address:**
Gorokhovsky Law Offices, LLC
10919 N. Hedgewood Ln.,
Mequon, WI 53092
(414)-581-15872
gorlawoffice@yahoo.com