THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

---

**MARINA SNOPOVA,** *at., el.,*           Case No. 1:16-cv-3373

**Plaintiffs**
     vs.                                     HON. MANISH S. SHAH

**FRONTIER AIRLINES INC**

**Defendant**

---

**NOTICE OF FILING OF PLAINTIFF'S MOTION TO STRIKE AFFIRMATIVE DEFENSES PURSUANT TO RULE 12(f)(2) OF FED. R. CIV. PROCEDURE**

---

TO: Honorable Manish S. Shah          TO: Brian T. Maye, Esq.
    Everett McKinley Dirksen Building       Adler Murphy & McQuillen LLP
    Courtroom 1719 | Chambers 1778        20 S. Clark Street, Suite 2500,
    219 South Dearborn Street              Chicago, Illinois 60603
    Chicago, Illinois 60604

      **PLEASE TAKE NOTICE** that on this 27th date of July 2016 the above-named plaintiff by and through its attorney has filed via ECV system the following legal document: **Plaintiff's Motion to Strike Defendant's Affirmative Defenses pursuant to the Rule 12(f)(2) of Fed. R. Civil Procedure**. This Notice is duly served upon you pursuant to LR 5.4. and 5.5.

                Dated this 27th day of July 2016.

                                   Respectfully submitted by
                                   GOROKHOVSKY LAW OFFICES, LLC
                                   Attorney for Plaintiffs

                        BY: *Vladimir Gorokhovsky, Esq.*
                            /s/ Vladimir Gorokhovsky, LL.M.
                              ILND TR. 10994

**P.O Business Address:**
Gorokhovsky Law Offices, LLC
10919 N. Hedgewood Ln.,
Mequon, WI 53092
Telephone: (414)-581-1582
gorlawoffice@yahoo.com

**THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**

---

**MARINA SNOPOVA, *at., el*.,**            Case No. 1:16-cv-3373

**Plaintiffs**

vs.            **HON. MANISH S. SHAH**

**FRONTIER AIRLINES INC**

**Defendant**

_____

**CERTIFICATE OF SERVICE OF**
**PLAINTIFF'S MOTION TO STRIKE AFFIRMATIVE DEFENSES PURSUANT**
**TO RULE 12(f)(2) OF FED. R. CIV. PROCEDURE**
_____

Under penalties as provided by law and pursuant to Local Rule 5.3(a)(b) and 5.5(b) the undersigned certifies that the within pleadings were served via CM/ECF filling upon defendant's counsel, **Attorney Brian T. Maye of Adler Murphy & McQuillen, 20 S. Clark Street, Suite 2500, Chicago, Illinois 60603** on **July 27,** 2016.

Dated this Notice on this **27th** day of **July** 2016.

           Respectfully submitted by:

           GOROKHOVSKY LAW OFFICES, LLC
           Attorney for Plaintiffs

           BY: *Vladimir Gorokhovsky, Esq*
           /s/Vladimir Gorokhovsky, LL.M.
           ILND TR. 10994

**P.O Business Address:**
Gorokhovsky Law Offices, LLC
10919 N. Hedgewood Ln.,
Mequon, WI 53092
(414)-581-15872
gorlawoffice@yahoo.com