THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

**MARINA SNOPOVA,** *at., el.,*                                           Case No. 1:16-cv-3373

**Plaintiffs**

vs.                                                                                      **HON. MANISH S. SHAH**

**FRONTIER AIRLINES INC**

**Defendant**
_____

NOTICE OF PLAINTIFF'S MOTION TO STRIKE AFFIRMATIVE DEFENSES
PURSUANT TO RULE 12(f)(2) OF FED. R. CIV. PROCEDURE
_____

TO: Honorable Manish S. Shah                    TO: Brian T. Maye, Esq.
    Everett McKinley Dirksen Building               Adler Murphy & McQuillen LLP.
    Courtroom 1719 | Chambers 1778                  20 S. Clark Street, Suite 2500,
    219 South Dearborn Street                       Chicago, Illinois 60603
    Chicago, Illinois 60604

   Please take notice that on **9th** day of **August 2016** at 9:15 A.M. or as thereafter directed by this Honorable Court the undersigned counsel will appear before the Honorable Manish S. Shah in the United States District Court for Northern District of Illinois, Room 1719, located at: 219 South Dearborn Street, Chicago, Illinois 60604 and present the following motion: **Plaintiff's Motion to Strike Affirmative Defenses pursuant to the Rule 12(f)(2) of Fed. R. Civil Procedure**. This Notice is duly served upon you pursuant to LR 5.4 and 5.5.

   Dated this Notice of Motion on this **27th** day of **July** 2016.

                              Respectfully submitted by:
                               GOROKHOVSKY LAW OFFICES, LLC
                               Attorneys for Plaintiffs

                         BY:  *Vladimir Gorokhovsky, Esq.*
                                /s/Vladimir Gorokhovsky, LL.M.
                                ILND TR. 10994

**P. O. Business Address**:
10919 N. Hedgewood Ln.,
Mequon, WI 53092
 (414)-581-1582
gorlawoffice@yahoo.com

THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

**NATALIA GODUN,** *at., el.,*  Case No. 1:16-cv-4869

**Plaintiffs**

vs.  HON. ROBERT W. GETTLEMAN

**UNITED AIRLINES INC.,** *et., al.,*
a foreign corporation

**Defendants**
_____

**CERTIFICATE OF SERVICE OF
PLAINTIFF'S MOTION TO STRIKE AFFIRMATIVE DEFENSES PURSUANT
TO RULE 12(f)(2) OF FED. R. CIV. PROCEDURE**
_____

Under penalties as provided by law and pursuant to Local Rule 5.4 and 5.5 (b) the undersigned counsel of record for the above-named plaintiff hereby certifies that the within pleadings were served via CM/ECF upon defendant's counsel, Attorney Brian T. Maye of Adler Murphy & McQuillen**,** 20 S. Clark Street, Suite 2500**,** Chicago, Illinois 60603 on **July 27,** 2016.

Dated this Notice on this **27th** day of **July** 2016.

Respectfully submitted by:

GOROKHOVSKY LAW OFFICES, LLC
Attorneys for Plaintiffs

BY: *Vladimir Gorokhovsky, Esq*
/s/Vladimir Gorokhovsky, LL.M.
ILND TR. 10994

**P.O Business Address:**
Gorokhovsky Law Offices, LLC
10919 N. Hedgewood Ln.,
Mequon, WI 53092
(414)-581-15872
gorlawoffice@yahoo.com