UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.1.1
Eastern Division

Marina Snopova, et al.
                            Plaintiff,

v.                                              Case No.: 1:16−cv−03373
                                                              Honorable Manish S. Shah

Frontier Airlines Inc
                            Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, August 16, 2016:

       MINUTE entry before the Honorable Manish S. Shah: The status and motion hearing set for 8/17/16 at 9:30 a.m. is stricken. The parties are directed to contact this court's courtroom deputy when ready to set a new date. Notices mailed by Judicial Staff. (psm, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.