UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 6.1.1
Eastern Division

Marina Snopova, et al.
	Plaintiff,
v.	Case No.: 1:16−cv−03373
	Honorable Manish S. Shah
Frontier Airlines Inc
	Defendant.

NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, September 7, 2016:

MINUTE entry before the Honorable Manish S. Shah: Status hearing held. For the reasons stated in open court, plaintiff's motion to strike [24] is denied and defendant's motion to dismiss [20] is granted in part and denied in part. The 12/30/16 fact discovery deadline remains in place. Continued status hearing is set for 12/1/16 at 9:30 a.m. Notices mailed by Judicial Staff. (psm, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.