UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.1.1
Eastern Division

Marina Snopova, et al.
                    Plaintiff,

v.                                         Case No.: 1:16–cv–03373
                                                      Honorable Manish S. Shah

Frontier Airlines Inc
                    Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, December 1, 2016:

        MINUTE entry before the Honorable Manish S. Shah: Status hearing held. The fact discovery deadline is extended to 1/31/17. Defendant may take the deposition of all named plaintiffs. Continued status hearing is set for 1/31/17 at 9:30 a.m. at which time the court expects to set a date for plaintiffs' motion for class certification or defendant's dispositive motion. Plaintiffs' counsel must appear in person for the status hearing on 1/31/17. Notices mailed by Judicial Staff. (psm, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.