# Brian T. Maye

| | |
|---|---|
| **From:** | Brian T. Maye |
| **Sent:** | Wednesday, November 16, 2016 6:52 PM |
| **To:** | 'V. Gorokhovsky' |
| **Cc:** | Matthew S. Dowling |
| **Subject:** | Snopova v. Frontier |
| **Attachments:** | Notice of Deposition of Plaintiff (Budylina).pdf; Notice of Deposition of Plaintiff (Snopova).pdf; Notice of Deposition of Plaintiff (Dmitri Prigorenko).pdf; Notice of Deposition of Plaintiff (Neringa Jokubaviciena).pdf; Notice of Deposition of Plaintiff (Vytautas Jokubaviciena).pdf |

Vlad,

See the attached deposition notices. I understand that you have a busy schedule the rest of the year, but we need to get these depositions completed before the discovery deadline on 12/30/16. Please let me know if the dates in the deposition notices work for you. Also, I need Plaintiffs' discovery responses as soon as possible. Thanks.

Brian

Brian T. Maye
**ADLER MURPHY & McQUILLEN LLP**
20 S. Clark Street, Suite 2500
Chicago, Illinois 60603
Main: (312) 345-0700
Direct: (312) 422-5713
Mobile: (312) 286-5117
Facsimile: (312) 345-9860
www.amm-law.com

The information contained in this electronic mail message is confidential information intended only for the use of the individual or entity named above, and may be protected by the attorney client and/or attorney work product privileges. If the reader of this message is not the intended recipient or the employee or agent responsible to deliver to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please immediately notify us and delete the original message.

EXHIBIT B

IN THE UNITED STATES FEDERAL
COURT OF NORTHERN DISTRICT OF
ILLINOIS

MARINA SNOPOVA, *et al.*,　　　　　　　　　　　Case No. 1:16-cv-3373

　　　　　　　　Plaintiffs

　　　vs.　　　　　　　　　　　　　　　　　　　HON. MANISH S. SHAH

FRONTIER AIRLINES, INC.

　　　　　　　　Defendant

## NOTICE OF DEPOSITION

**TO**:　Counsel for Plaintiff Volha Budylina
　　　　10919 N. Hedgewood Ln.
　　　　Mequon, WI 53092

**DEPONENT**:　Volha Budylina

　　　You are hereby notified that pursuant to notice the undersigned will take the deposition of the above named Deponent, which shall be recorded by stenographic means, for oral examination for the purpose of obtaining evidence, before a notary public or any other officer authorized by the laws of the United States to administer oaths on:

**DATE**:　　　December 13, 2016　　　**TIME**:　10:00 a.m.

**LOCATION:**　　ADLER MURPHY & McQUILLEN LLP
　　　　　　　　20 S. Clark Street, Suite 2500
　　　　　　　　Chicago, Illinois 60603

November 16, 2016　　　　　　　　　**FRONTIER AIRLINES, INC.**

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　Brian T. Maye
　　　　　　　　　　　　　　　　　　　Adler Murphy & McQuillen LLP
　　　　　　　　　　　　　　　　　　　20 S. Clark Street, Suite 2500
　　　　　　　　　　　　　　　　　　　Chicago, Illinois 60603
　　　　　　　　　　　　　　　　　　　Telephone: (312) 422-5713
　　　　　　　　　　　　　　　　　　　bmaye@amm-law.com

EXHIBIT B

## DOCUMENT RIDER

Pursuant to the Federal Rules of Civil Procedure, produce and permit inspection and copying of the following documents at the time of your deposition:

> All documents (such as bills, statements, invoices, receipts, reports, emails, correspondence, financial records, pay stubs, employment statements, invoices, expense statements, tax records, bank statements, credit card statements, voucher statements, etc.) related to the injuries and damages you allegedly sustained as a result of the subject delay.

**CERTIFICATE OF SERVICE**

   The undersigned, an attorney, certifies that true and correct copies of the foregoing **NOTICE OF DEPOSITION** and **DOCUMENT RIDER** were served on the attorney listed below in accordance with Federal Rule of Civil Procedure 5(a) via email and by depositing the same in the U.S. Mail chute located at 20 S. Clark Street, Chicago, Illinois 60603 with proper postage prepaid on November 16, 2016.

         Counsel for Plaintiff
         Gorokhovsky Law Office, LLC
         10919 N. Hedgewood Ln.
         Mequon, WI 53092

         _____
         Brian T. Maye

3

IN THE UNITED STATES FEDERAL
COURT OF NORTHERN DISTRICT OF
ILLINOIS

MARINA SNOPOVA *et al*.,　　　　　　　　　　　Case No. 1:16-cv-3373

　　　　　　　Plaintiffs

　　　　vs.　　　　　　　　　　　　　　　　　　　HON. MANISH S. SHAH

FRONTIER AIRLINES, INC.

　　　　　　　Defendant
_____

### NOTICE OF DEPOSITION

**TO**:　Counsel for Plaintiff Dmitri Prigorenko
　　　　10919 N. Hedgewood Ln.
　　　　Mequon, WI 53092

**DEPONENT**:　Dmitri Prigorenko

　　　You are hereby notified that pursuant to notice the undersigned will take the deposition of the above named Deponent, which shall be recorded by stenographic means, for oral examination for the purpose of obtaining evidence, before a notary public or any other officer authorized by the laws of the United States to administer oaths on:

**DATE**:　　　　December 13, 2016　　　　**TIME**:　2:00 p.m.

**LOCATION**:　　ADLER MURPHY & McQUILLEN LLP
　　　　　　　　20 S. Clark Street, Suite 2500
　　　　　　　　Chicago, Illinois 60603

November 16, 2016　　　　　　　　　　　　FRONTIER AIRLINES, INC.

　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　Brian T. Maye
　　　　　　　　　　　　　　　　　　　　　　Adler Murphy & McQuillen LLP
　　　　　　　　　　　　　　　　　　　　　　20 S. Clark Street, Suite 2500
　　　　　　　　　　　　　　　　　　　　　　Chicago, Illinois 60603
　　　　　　　　　　　　　　　　　　　　　　Telephone: (312) 422-5713
　　　　　　　　　　　　　　　　　　　　　　bmaye@amm-law.com

## DOCUMENT RIDER

Pursuant to the Federal Rules of Civil Procedure, produce and permit inspection and copying of the following documents at the time of your deposition:

> All documents (such as bills, statements, invoices, receipts, reports, emails, correspondence, financial records, pay stubs, employment statements, invoices, expense statements, tax records, bank statements, credit card statements, voucher statements, etc.) related to the injuries and damages you allegedly sustained as a result of the subject delay.

## **CERTIFICATE OF SERVICE**

The undersigned, an attorney, certifies that true and correct copies of the foregoing **NOTICE OF DEPOSITION** and **DOCUMENT RIDER** were served on the attorney listed below in accordance with Federal Rule of Civil Procedure 5(a) via email and by depositing the same in the U.S. Mail chute located at 20 S. Clark Street, Chicago, Illinois 60603 with proper postage prepaid on November 16, 2016.

        Counsel for Plaintiff
        Gorokhovsky Law Office, LLC
        10919 N. Hedgewood Ln.
        Mequon, WI 53092

        _____
        Brian T. Maye

3

**IN THE UNITED STATES FEDERAL COURT OF NORTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| MARINA SNOPOVA *et al.*, | Case No. 1:16-cv-3373 |
| Plaintiffs | |
| vs. | HON. MANISH S. SHAH |
| FRONTIER AIRLINES, INC. | |
| Defendant | |

_____

**NOTICE OF DEPOSITION**

**TO**:  Counsel for Plaintiff Neringa Jokubaviciena
10919 N. Hedgewood Ln.
Mequon, WI 53092

**DEPONENT**:  Neringa Jokubaviciena

You are hereby notified that pursuant to notice the undersigned will take the deposition of the above named Deponent, which shall be recorded by stenographic means, for oral examination for the purpose of obtaining evidence, before a notary public or any other officer authorized by the laws of the United States to administer oaths on:

**DATE**:  December 14, 2016  **TIME**:  10:00 a.m.

**LOCATION**:  ADLER MURPHY & McQUILLEN LLP
20 S. Clark Street, Suite 2500
Chicago, Illinois 60603

November 16, 2016          **FRONTIER AIRLINES, INC.**

_____
Brian T. Maye
Adler Murphy & McQuillen LLP
20 S. Clark Street, Suite 2500
Chicago, Illinois 60603
Telephone: (312) 422-5713
bmaye@amm-law.com

## DOCUMENT RIDER

Pursuant to the Federal Rules of Civil Procedure, produce and permit inspection and copying of the following documents at the time of your deposition:

> All documents (such as bills, statements, invoices, receipts, reports, emails, correspondence, financial records, pay stubs, employment statements, invoices, expense statements, tax records, bank statements, credit card statements, voucher statements, etc.) related to the injuries and damages you allegedly sustained as a result of the subject delay.

## **CERTIFICATE OF SERVICE**

The undersigned, an attorney, certifies that true and correct copies of the foregoing **NOTICE OF DEPOSITION** and **DOCUMENT RIDER** were served on the attorney listed below in accordance with Federal Rule of Civil Procedure 5(a) via email and by depositing the same in the U.S. Mail chute located at 20 S. Clark Street, Chicago, Illinois 60603 with proper postage prepaid on November 16, 2016.

Counsel for Plaintiff
Gorokhovsky Law Office, LLC
10919 N. Hedgewood Ln.
Mequon, WI 53092

_____
Brian T. Maye

3

## IN THE UNITED STATES FEDERAL COURT OF NORTHERN DISTRICT OF ILLINOIS

MARINA SNOPOVA *et al.*,             Case No. 1:16-cv-3373

           Plaintiffs

vs.            HON. MANISH S. SHAH

FRONTIER AIRLINES, INC.

           Defendant
_____

### NOTICE OF DEPOSITION

**TO**: Counsel for Plaintiff Marina Snopova
10919 N. Hedgewood Ln.
Mequon, WI 53092

**DEPONENT**: Marina Snopova

You are hereby notified that pursuant to notice the undersigned will take the deposition of the above named Deponent, which shall be recorded by stenographic means, for oral examination for the purpose of obtaining evidence, before a notary public or any other officer authorized by the laws of the United States to administer oaths on:

**DATE**: December 13, 2016      **TIME**: 12:00 p.m.

**LOCATION**: ADLER MURPHY & McQUILLEN LLP
20 S. Clark Street, Suite 2500
Chicago, Illinois 60603

November 16, 2016          **FRONTIER AIRLINES, INC.**

_____
Brian T. Maye
Adler Murphy & McQuillen LLP
20 S. Clark Street, Suite 2500
Chicago, Illinois 60603
Telephone: (312) 422-5713
bmaye@amm-law.com

## DOCUMENT RIDER

Pursuant to the Federal Rules of Civil Procedure, produce and permit inspection and copying of the following documents at the time of your deposition:

> All documents (such as bills, statements, invoices, receipts, reports, emails, correspondence, financial records, pay stubs, employment statements, invoices, expense statements, tax records, bank statements, credit card statements, voucher statements, etc.) related to the injuries and damages you allegedly sustained as a result of the subject delay.

## **CERTIFICATE OF SERVICE**

The undersigned, an attorney, certifies that true and correct copies of the foregoing **NOTICE OF DEPOSITION** and **DOCUMENT RIDER** were served on the attorney listed below in accordance with Federal Rule of Civil Procedure 5(a) via email and by depositing the same in the U.S. Mail chute located at 20 S. Clark Street, Chicago, Illinois 60603 with proper postage prepaid on November 16, 2016.

Counsel for Plaintiff
Gorokhovsky Law Office, LLC
10919 N. Hedgewood Ln.
Mequon, WI 53092

_____
Brian T. Maye

3

**IN THE UNITED STATES FEDERAL COURT OF NORTHERN DISTRICT OF ILLINOIS**

MARINA SNOPOVA *et al.*,　　　　　　　　　　Case No. 1:16-cv-3373

　　　　　　　　Plaintiffs

　　　　vs.　　　　　　　　　　　　　　　　　HON. MANISH S. SHAH

FRONTIER AIRLINES, INC.

　　　　　　　　Defendant
_____

**NOTICE OF DEPOSITION**

**TO**:　Counsel for Plaintiff Vytautas Jokubaviciena
　　　　10919 N. Hedgewood Ln.
　　　　Mequon, WI 53092

**DEPONENT**:　Vytautas Jokubaviciena

　　You are hereby notified that pursuant to notice the undersigned will take the deposition of the above named Deponent, which shall be recorded by stenographic means, for oral examination for the purpose of obtaining evidence, before a notary public or any other officer authorized by the laws of the United States to administer oaths on:

**DATE**:　　　December 14, 2016　　　**TIME**:　12:00 p.m.

**LOCATION**:　ADLER MURPHY & McQUILLEN LLP
　　　　　　　20 S. Clark Street, Suite 2500
　　　　　　　Chicago, Illinois 60603

November 16, 2016　　　　　　　　　　**FRONTIER AIRLINES, INC.**

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　Brian T. Maye
　　　　　　　　　　　　　　　　　　　Adler Murphy & McQuillen LLP
　　　　　　　　　　　　　　　　　　　20 S. Clark Street, Suite 2500
　　　　　　　　　　　　　　　　　　　Chicago, Illinois 60603
　　　　　　　　　　　　　　　　　　　Telephone: (312) 422-5713
　　　　　　　　　　　　　　　　　　　bmaye@amm-law.com

## DOCUMENT RIDER

Pursuant to the Federal Rules of Civil Procedure, produce and permit inspection and copying of the following documents at the time of your deposition:

> All documents (such as bills, statements, invoices, receipts, reports, emails, correspondence, financial records, pay stubs, employment statements, invoices, expense statements, tax records, bank statements, credit card statements, voucher statements, etc.) related to the injuries and damages you allegedly sustained as a result of the subject delay.

**CERTIFICATE OF SERVICE**

    The undersigned, an attorney, certifies that true and correct copies of the foregoing **NOTICE OF DEPOSITION** and **DOCUMENT RIDER** were served on the attorney listed below in accordance with Federal Rule of Civil Procedure 5(a) via email and by depositing the same in the U.S. Mail chute located at 20 S. Clark Street, Chicago, Illinois 60603 with proper postage prepaid on November 16, 2016.

        Counsel for Plaintiff
        Gorokhovsky Law Office, LLC
        10919 N. Hedgewood Ln.
        Mequon, WI 53092

        _____
        Brian T. Maye

3