## Brian T. Maye

| | |
|---|---|
| **From:** | Vladimir M. Gorokhovsky, LL.M. <gorlawoffice@yahoo.com> |
| **Sent:** | Thursday, November 17, 2016 11:43 AM |
| **To:** | Brian T. Maye |
| **Subject:** | Re: Snopova v. Frontier |

cannot do 16th and i will not let you to take depi of each client it is s waste of my time.... from Snopova's family choose just one candidate and do not forget to arrange for Russian translator

Отправлено с iPhone

17 нояб. 2016 г., в 11:34, Brian T. Maye <bmaye@AMM-LAW.com> написал(а):

> Budylina, Snopova and Prigorenko, Neringa Jokubaviciena, Vytautas Jokubaviciena and Ramune Serpytiene all on the 15th and all the Tarkov Plaintiffs on the 16th?
>
> Brian T. Maye
> **ADLER MURPHY & McQUILLEN LLP**
> 20 S. Clark Street, Suite 2500
> Chicago, Illinois 60603
> Main: (312) 345-0700
> Direct: (312) 422-5713
> Mobile: (312) 286-5117
> Facsimile: (312) 345-9860
> www.amm-law.com
> _____
> The information contained in this electronic mail message is confidential information intended only for the use of the individual or entity named above, and may be protected by the attorney client and/or attorney work product privileges. If the reader of this message is not the intended recipient or the employee or agent responsible to deliver to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please immediately notify us and delete the original message.

**From:** Vladimir M. Gorokhovsky, LL.M. [mailto:gorlawoffice@yahoo.com]
**Sent:** Thursday, November 17, 2016 11:27 AM
**To:** Brian T. Maye
**Subject:** Re: Snopova v. Frontier

no I cannot do 13th

Отправлено с iPhone

17 нояб. 2016 г., в 11:20, Brian T. Maye <bmaye@AMM-LAW.com> написал(а):

> Budylina, Snopova and Prigorenko on the 13th and Neringa Jokubaviciena, Vytautas Jokubaviciena and Ramune Serpytiene on the 15th?
>
> Brian T. Maye
> **ADLER MURPHY & McQUILLEN LLP**
> 20 S. Clark Street, Suite 2500

EXHIBIT C

Chicago, Illinois 60603
Main: (312) 345-0700
Direct: (312) 422-5713
Mobile: (312) 286-5117
Facsimile: (312) 345-9860
www.amm-law.com

The information contained in this electronic mail message is confidential information intended only for the use of the individual or entity named above, and may be protected by the attorney client and/or attorney work product privileges.  If the reader of this message is not the intended recipient or the employee or agent responsible to deliver to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited.  If you have received this communication in error, please immediately notify us and delete the original message.

**From:** Vladimir M. Gorokhovsky, LL.M. [mailto:gorlawoffice@yahoo.com]
**Sent:** Wednesday, November 16, 2016 8:42 PM
**To:** Brian T. Maye
**Cc:** Matthew S. Dowling
**Subject:** Re: Snopova v. Frontier

i cannot do 13 but i can do 15th

Отправлено с iPhone

16 нояб. 2016 г., в 18:51, Brian T. Maye <bmaye@AMM-LAW.com> написал(а):

> Vlad,
>
> See the attached deposition notices. I understand that you have a busy schedule the rest of the year, but we need to get these depositions completed before the discovery deadline on 12/30/16.  Please let me know if the dates in the deposition notices work for you. Also, I need Plaintiffs' discovery responses as soon as possible. Thanks.
>
> Brian
>
> Brian T. Maye
> **ADLER MURPHY & McQUILLEN** LLP
> 20 S. Clark Street, Suite 2500
> Chicago, Illinois 60603
> Main: (312) 345-0700
> Direct: (312) 422-5713
> Mobile: (312) 286-5117
> Facsimile: (312) 345-9860
> www.amm-law.com

The information contained in this electronic mail message is confidential information intended only for the use of the individual or entity named above, and may be protected by the attorney client and/or attorney work product privileges.  If the reader of this message is not the intended recipient or the employee or agent responsible to deliver to the intended recipient, you are

hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited.  If you have received this communication in error, please immediately notify us and delete the original message.

<Notice of Deposition of Plaintiff (Budylina).pdf>

<Notice of Deposition of Plaintiff (Snopova).pdf>

<Notice of Deposition of Plaintiff (Dmitri Prigorenko).pdf>

<Notice of Deposition of Plaintiff (Neringa Jokubaviciena).pdf>

<Notice of Deposition of Plaintiff (Vytautas Jokubaviciena).pdf>