

20 South Clark Street, Suite 2500, Chicago, Illinois 60603-1804
Telephone: 312.345.0700   Facsimile: 312.345.9860
www.amm-law.com

Brian T. Maye
312.422.5713
bmaye@amm-law.com

November 17, 2016

*VIA E-Mail (gorlawoffice@yahoo.com)*

Vladimir M. Gorokhovsky, Esq.
GOROKHOVSKY LAW OFFICE, LLC
10919 North Hedgewood Lane
Mequon, WI 53092

Re:   *Snopova, et al. v. Frontier Airlines, Inc.*

Dear Vladimir:

As a follow up to our telephone call today, let this confirm that you have agreed to present your clients, Marina Snopova and Neringa Jokubaviciena, for deposition on December 15, 2016 at my office. Ms. Snopova's deposition will begin at 10:00 and Ms. Jokubaviciena will commence at 12:00 p.m.

Regarding Frontier Airlines' notices to depose Plaintiffs Volha Budylina and Dmitri Prigorenko, you represented that you objected to presenting them because Plaintiff Marina Snopova possesses the same knowledge as they possess regarding their individual damages. As for our notice to depose Plaintiff Vytautas Jokubavicius, you represented that you objected to presenting him because Plaintiff Neringa Jokubaviciena possesses the same knowledge as he possesses regarding his individual damages. Our position, however, is that we have a right to depose each plaintiff to the extent each has suffered individual damages. To the extent a plaintiff has not suffered individual damages, such plaintiff should be dismissed. Even in that case, however, we still have a right to depose such individual to the extent he or she is a percipient witness.

Accordingly, we ask that you dismiss any and all plaintiffs who have not suffered individual and unique economic damages. We also ask that you discuss with your clients, Volha Budylina and Dmitri Prigorenko, their availability for deposition prior to the discovery deadline of December 30, 2016.

EXHIBIT D



Vladimir M. Gorokhovsky, Esq.
November 17, 2016
Page 2

      If you have any questions or would like to discuss this matter further, please contact me at 312-422-5713. Thank you.

                                    **ADLER MURPHY & McQUILLEN LLP**

                                    Brian T. Maye