

**Adler Murphy & McQuillen LLP**

20 South Clark Street, Suite 2500, Chicago, Illinois 60603-1804
Telephone: 312.345.0700   Facsimile: 312.345.9860
www.amm-law.com

Brian T. Maye
312.422.5713
bmaye@amm-law.com

January 17, 2017

*VIA E-Mail (gorlawoffice@yahoo.com)*
Vladimir M. Gorokhovsky, Esq.
GOROKHOVSKY LAW OFFICE, LLC
10919 North Hedgewood Lane
Mequon, WI  53092

   Re:  *Snopova, et al. v. Frontier Airlines, Inc.*

Dear Vladimir:

  My letter yesterday asked for dates on which your clients are available for deposition. I want to clarify that the depositions must be completed by the close of discovery on January 31, 2017. Accordingly, please provide me with dates no later than this Friday, January 20, 2017, for the depositions of your clients Volha Budylina, Marina Snopova, Dmitri Prigorenko, Matthew Prigorenko, Angelika Prigorenko, Neringa Jokubaviciena, Vytautas Jokubavicius and Emilia Jokibaviciute.

  Thank you.

  If you have any questions or would like to discuss this matter further, please contact me at 312-422-5713. Thank you.

           Very truly yours,

           ADLER MURPHY & McQUILLEN LLP

           Brian T. Maye

BTM:rs

EXHIBIT F