**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| VOLHA BUDYLINA, MARINA SNOPOVA, and DMITRI PRIGORENKO, on their own behalf and on behalf of their minor children MATHEW PRIGORENKO and ANGELIKA PRIGORENKO, NERINGA JOKUBAVICIENA, VYTAUTAS JOKUBAVICIUS on their own behalf and on behalf of their minor child EMILIA JOKIBAVICIUTE )))))))))) | Case No.: 1:16-cv-03373<br><br>Honorable Manish S. Shah |
| Plaintiffs, ) | |
| v. ) | |
| FRONTIER AIRLINES ) | |
| Defendant. ) | |

**NOTICE OF MOTION**

TO: Attorney of Record

PLEASE TAKE NOTICE that on **Wednesday, January 25, 2017 at 9:45 a.m.**, or as soon thereafter as counsel may be heard, I shall appear before the Hon. Manish S. Shaw in Courtroom 1719 of the Everett McKinley Dirksen United States Courthouse, 219 S. Dearborn Street, Chicago, Illinois, and shall then and there present Frontier Airlines, Inc.'s Motion to Compel which is herewith served upon you.

Dated: January 20, 2017            Respectfully submitted,

/s/ Brian T. Maye
_____

Brian T. Maye
Matthew S. Dowling
Adler Murphy & McQuillen LLP
20 S. Clark Street, Suite 2500
Chicago, Illinois 60603
Telephone: (312) 345-0700
bmaye@amm-law.com
mdowling@amm-law.com

Attorneys for Frontier Airlines, Inc.

**CERTIFICATE OF SERVICE**

    The undersigned attorney certifies that on January 20, 2017, he served the foregoing document by electronically filing the same with the Clerk of the U.S. District Court for the Northern District of Illinois by using the CM/ECF system, which will send notification of such filing to all CM/ECF participants.

                                               /s/ Brian T. Maye