THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

**MARINA SNOPOVA,** *at., el.,*          Case No. 1:16-cv-3373

**Plaintiffs**

vs.          **HON. MANISH S. SHAH**

**FRONTIER AIRLINES INC**

**Defendant**

**PLAINTIFF'S MOTION TO ADJOURN COURT APPEARANCE ON DEFENDANT'S MOTION TO COMPEL DISCOVERY AS SCHEDULED FOR 1-25-2017**

**NOW COMES** the above-named Plaintiffs by their counsel of record, Attorney Vladimir M. Gorokhovsky of Gorokhovsky Law Offices LLC, and hereby respectfully moves this Honorable Court for an order adjourning and continuing in-court appearance for defendant's motion to compel discovery as was recently scheduled by the above-named defendant for January 25, 2017 at 9:30AM.

In further support of this motion to adjourn and to continue the undersigned counsel of record for the above-named Plaintiffs hereby states as follows:

1. That by previous agreement of the above-named Parties and with approval of this Court issued Minutes setting forth the court appearance for January 31, 2017 at 9:30AM.

2. That however on January 20, 2017 the above-named defendant by their counsel filed the motion to compel discovery and calendared it for January 25, 2017 at 9:00AM. Dct. 34.

3. That this scheduling was done unilaterally by the defendant's counsel despite plaintiff's counsel advising the defendant's counsel that said calendaring will interfere with several in-court appearance on the docket of plaintiff's counsel scheduled at Milwaukee County Courthouse for in-court appearance for morning and afternoon on January 25, 2017.

4. That secondly and in addition to the above-identified scheduling issue, on evening of January 23rd the undersigned counsel for the above-named defendant learned that his mother was hospitalized at Aurora Hospital of Mequon, WI and during next several days the undersigned counsel for the defendant will be compelled to attend to the needs of his mother.

5. That she is tentatively scheduling for release from a hospital over this up-coming weekend.

6. That due to the above-identified impediments the undersigned counsel will not be able to travel from Milwaukee to Chicago on January 25, 2017 to attend to up-coming in court appearance for defendant's motion to compel.

7. That the above-named plaintiffs are opposing defendant's motion to compel and are stating that they were not able to attend to depositions which were scheduled unilaterally by the defense counsel during the Christmas Holidays.

8. That during said period of time the above-named Plaintiffs were not present in the USA due to their international travel.

9. That prior to January 20, 2017 the undersigned counsel explained to the defense counsel that his clients will be available for depositions during upcoming month of February 2017.

10. That prior to January 20, 2017 the undersigned counsel explained to the defense counsel that he needs more time to finish his client's responses to defendant's discovery demands.

11. That such explanation of the plaintiff's counsel was rejected by the defense counsel prior to his filing of motion to compel discovery.

**WHEREFORE** the above-named Plaintiffs by their undersigned counsel of record is respectfully requesting the following relief:

(1) Order of adjournment and continuing of in-court appearance scheduled for January 31, 2017 at 9:30AM; or in alternative

(2) Amending of prior order issued by this Court for completion of discovery and depositions by January 31, 2017; and

(3) Any other and further relief this Court deems to be just and proper.

Dated this Motion on this 23rd day of January 2017.

        Respectfully submitted by
        GOROKHOVSKY LAW OFFICES, LLC
        Attorneys for Defendant


BY: /s/ Vladimir M. Gorokhovsky, Esq.
     Vladimir M. Gorokhovsky, LL.M.
     ILND 10994

**P.O. Business Address**:
Gorokhovsky Law Offices, LLC
10919 N. Hedgewood Ln.,
Mequon, WI 53092
(414)-581-1582

CERTIFICATE OF SERVICE:

I hereby certify that on January 23th, 2017 the undersigned counsel of record for the above-named defendant caused a copy of the foregoing to be electronically filed with the Clerk of Court using CM/ECF, which will send electronic notification to the parties and registered attorneys of record that the document has been filed and is available for viewing and downloading.

**Vladimir Gorokhovsky, Esq.**

_____
/s/ VLADIMIR GOROKHOVSKY