THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

**MARINA SNOPOVA,** *at., el.,*            Case No. 1:16-cv-3373

**Plaintiffs**

vs.            **HON. MANISH S. SHAH**

**FRONTIER AIRLINES INC**

**Defendant**

___

**CERTIFICATE OF SERVICE OF
OF PLAINTIFF'S MOTION TO ADJOURN COURT APPEARANCE ON
DEFENDANT'S MOTION TO COMPEL DISCOVERY AS SCHEDULED
FOR 1-25-2017**
___

Under penalties as provided by law and pursuant to Local Rules 5.4. and 5.5(b) the undersigned certifies that the within pleadings were served via CM/ECF filing upon defendant's counsel of record, Attorney Brian T. Maye of Adler Murphy & McQuillen LLP on **January 23,** 2017.

Dated this **23rd** day of **January** 2017.

           Respectfully submitted by:

           GOROKHOVSKY LAW OFFICES, LLC
           Attorneys for Defendant


           BY: *Vladimir Gorokhovsky, Esq*
           /s/Vladimir Gorokhovsky, LL.M.
           ILND TR. 10994

**P.O Business Address:**
Gorokhovsky Law Offices, LLC
10919 N. Hedgewood Ln.,
Mequon, WI 53092
(414)-581-15872
gorlawoffice@yahoo.com