THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

**MARINA SNOPOVA,** *at., el.,*　　　　　　　　　Case No. 1:16-cv-3373

　　　　　　　**Plaintiffs**

　　vs.　　　　　　　　　　　　　　　　　　　**HON. MANISH S. SHAH**

**FRONTIER AIRLINES INC**

　　　　　　　**Defendant**

### NOTICE OF FILING OF PLAINTIFF'S MOTION TO ADJOURN COURT APPEARANCE ON DEFENDANT'S MOTION TO COMPEL DISCOVERY AS SCHEDULED FOR 1-25-2017

_____

TO: Honorable Manish S. Shah　　　　　TO: Brian T. Maye, Esq.
　　Everett McKinley Dirksen Building　　　　Adler Murphy & McQuillen LLP
　　Courtroom 1719 | Chambers 1778　　　　20 S. Clark Street, Suite 2500,
　　219 South Dearborn Street　　　　　　　Chicago, Illinois 60603
　　Chicago, Illinois 60604

　　**PLEASE TAKE NOTICE** that on this 23rd date of January 2017 the above-named defendant by and through its attorney has filed via ECV system the following legal document: **Plaintiff's Motion to Adjourn Court Appearance on Defendant's Motion to Compel Discovery as Scheduled by Defendant for January 25, 2017**. This Notice is duly served upon you pursuant to LR 5.3 and 5.4.

　　Dated this 23rd day of January 2017.

　　　　　　　　　　　　　　　　Respectfully submitted by
　　　　　　　　　　　　　　　　GOROKHOVSKY LAW OFFICES, LLC
　　　　　　　　　　　　　　　　Attorney for Defendant

　　　　　　　　　　　　　　　　BY: /s/ Vladimir M. Gorokhovsky, Esq.
　　　　　　　　　　　　　　　　　　Vladimir M. Gorokhovsky, LL.M.
　　　　　　　　　　　　　　　　　　ILND TR. 10994

**P.O Business Address:**
Gorokhovsky Law Offices, LLC
10919 North Hedgewood Ln.,
Mequon, WI 53092
414-581-1582