THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

**MARINA SNOPOVA,** *at., el.,*            Case No. 1:16-cv-3373

            **Plaintiffs**

    vs.                                               **HON. MANISH S. SHAH**

**FRONTIER AIRLINES INC**

            **Defendant**

___

**NOTICE OF PLAINTIFF'S MOTION TO ADJOURN COURT APPEARANCE ON DEFENDANT'S MOTION TO COMPEL DISCOVERY AS SCHEDULED FOR 1-25-2017**

___

TO: Honorable Manish S. Shah          TO: Brian T. Maye, Esq.
     Everett McKinley Dirksen Building           Adler Murphy & McQuillen LLP
     Courtroom 1719 | Chambers 1778            20 S. Clark Street, Suite 2500,
     219 South Dearborn Street                   Chicago, Illinois 60603
     Chicago, Illinois 60604

    Please take notice that on **January 31, 2017** at **9:30AM** the undersigned counsel of record for the above-named Plaintiffs will appear before the Honorable Manish S. Shah in the United States District Court for Northern District of Illinois, Room 1719, located at: 219 South Dearborn Street, Chicago, Illinois 60604 and present the following motion: **Defendant's Motion to Adjourn Court Appearance Scheduled for January 27, 2017**. This Notice is duly served upon you pursuant to LR 5.3 and 5.4.

    Dated this Notice of Motion on this **23rd** day of **January** 2017.

                             Respectfully submitted by:
                             GOROKHOVSKY LAW OFFICES, LLC
                             Attorney for Defendant

                     BY:  /s/ Vladimir M. Gorokhovsky
                           Vladimir M. Gorokhovsky, LL.M.
                           ILND TR. 10994

**P. O. Business Address**:
Gorokhovsky Law Offices, LLC
10919 N. Hedgewood Ln.,
Mequon, WI 53092  Telephone: (414)-581-1582