# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.1.1
### Eastern Division

Marina Snopova, et al.
                              Plaintiff,

v.                                                Case No.: 1:16−cv−03373
                                                  Honorable Manish S. Shah

Frontier Airlines Inc
                              Defendant.


## NOTIFICATION OF DOCKET ENTRY


This docket entry was made by the Clerk on Tuesday, January 24, 2017:


    MINUTE entry before the Honorable Manish S. Shah: Plaintiffs' motion to continue hearing on defendant's motion to compel [35] is granted. The hearing on defendant's motion to compel [33] will be on 1/31/17 at 9:30 a.m. Plaintiff's counsel must appear in person. Plaintiffs are warned that the failure to comply with existing discovery deadlines, including presenting plaintiffs for depositions, may result in sanctions, and the court may not extend the deadline for the close of fact discovery. Mailed notice(ep, )


**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.