THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

**MARINA SNOPOVA,** *at., el.,*   Case No. 1:16-cv-3373

**Plaintiffs**

vs.   HON. MANISH S. SHAH

**FRONTIER AIRLINES INC**

**Defendant**
_____

**PLAINTIFF'S MOTION FOR ADJOURNMENT AND CONTINUANCE OF IN-COURT APPEARANCE ON 1-31-17**
_____

**NOW COMES** the above-named Plaintiffs by and through their counsel of record, Attorney Vladimir M. Gorokhovsky of **GOROKHOVSKY LAW OFFICE LLC**, and upon all the files, records and proceedings heretofore had herein, respectfully moves this Honorable Court for an Order of Adjournment and Continuance of In-Court Appearance as scheduled for 1-31-17 at 9:30 AM. In legal and factual support of this motion the above-named Plaintiff by his undersigned counsel of record hereby states as follows:

1.  That presently this mater is scheduled for in-court appearance before this Court at 9:30 AM on January 31, 2017.

2.  That however the undersigned counsel of record for the above-named plaintiff will not be able to appear at 9:30 AM on January 31, 2017 due to compelling scheduling conflict.

3.  That, in particular, at 9:00AM on January 30, 2017 the undersigned counsel of record for the above-named Plaintiff is affirmatively ordered and compelled

to start the jury trial in the case of State of Wisconsin vs. Aaaron Winters, Milwaukee County Case No. 2016-CF-2450, which is anticipated to take a several days.

    4.    That recently the undersigned counsel was advised that this matter is firmly set for the jury trial on Monday of January 30, 2017 and will not be adjourned due to client being in custody.

    5.    That based on the foregoing the undersigned counsel of record for the above-named Plaintiffs are respectfully requesting this court to continue said in-court appearance to February 3, 2017 at 9:45AM.

**WHEREFORE** the above-named Plaintiffs by the undersigned counsel of record is respectfully requesting the following relief:

(1) order of adjournment and continuance of in-court appearance of January 31, 2017 to February 3, 2017 at 9:45 AM; and

(2) for any other and further relief deems to be fair and just by this Court.

Dated this 26th day of January 2017.

        Respectfully submitted by
        GOROKHOVSKY LAW OFFICES, LLC
        Attorney for Plaintiffs

        BY:  /s/ Vladimir M. Gorokhovsky
            Vladimir M. Gorokhovsky, LL.M.
            ILND TR. 10994

**P.O Business Address:**
10919 N. Hedgwood Ln,
Mequon, WI 53092
(414)-581-1582
gorlawoffice@yahoo.com

## **CERTIFICATE OF SERVICE**

The undersigned attorney certifies that on January 26th, 2017, he served the foregoing document by electronically filing the same with the Clerk of the U.S. Federal Court for the Northern District of Illinois, by using the CM/ECF system, which will send notification of such filing to all CM/ECF participants.

**/s/ Vladimir M. Gorokhovsky, Esq.**