# THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS

**MARINA SNOPOVA,** *at., el.,*            Case No. 1:16-cv-3373

**Plaintiffs**

vs.            **HON. MANISH S. SHAH**

**FRONTIER AIRLINES INC**

**Defendant**
___

### CERTIFICATE OF SERVICE OF
### OF PLAINTIFF'S MOTION TO ADJOURN COURT APPEARANCE ON
### DEFENDANT'S MOTION TO COMPEL DISCOVERY AS SCHEDULED
### FOR 1-31-2017
___

Under penalties as provided by law and pursuant to Local Rules 5.3 and 5.5(b) the undersigned certifies that the within pleadings were served via CM/ECF filing upon defendant's counsel of record, Attorney Brian T. Maye of Adler Murphy & McQuillen LLP on **January 26,** 2017.

Dated this **26th** day of **January** 2017.

Respectfully submitted by:

GOROKHOVSKY LAW OFFICES, LLC
Attorneys for Plaintiff

BY: *Vladimir Gorokhovsky, Esq*
/s/Vladimir Gorokhovsky, LL.M.
ILND TR. 10994

**P.O Business Address:**
Gorokhovsky Law Offices, LLC
10919 N. Hedgewood Ln.,
Mequon, WI 53092
(414)-581-15872
gorlawoffice@yahoo.com