# THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

**MARINA SNOPOVA,** *at., el.,*                   **Case No. 1:16-cv-3373**

                  **Plaintiffs**

       vs.                                         **HON. MANISH S. SHAH**

**FRONTIER AIRLINES INC**

                  **Defendant**

## NOTICE OF FILING OF PLAINTIFF'S MOTION TO ADJOURN COURT APPEARANCE ON DEFENDANT'S MOTION TO COMPEL DISCOVERY AS SCHEDULED FOR 1-31-2017
_____

TO: Honorable Manish S. Shah          TO: Brian T. Maye, Esq.
      Everett McKinley Dirksen Building        Adler Murphy & McQuillen LLP
      Courtroom 1719 | Chambers 1778         20 S. Clark Street, Suite 2500,
      219 South Dearborn Street                Chicago, Illinois 60603
      Chicago, Illinois 60604

      **PLEASE TAKE NOTICE** that on this 26th date of January 2017 the above-named defendant by and through its attorney has filed via ECV system the following legal document: **Plaintiff's Motion to Adjourn Court Appearance on Defendant's Motion to Compel Discovery as Scheduled by Defendant for January 31, 2017**. This Notice is duly served upon you pursuant to LR 5.3 and 5.5(b).

      Dated this 26th day of January 2017.

                                    Respectfully submitted by
                                    GOROKHOVSKY LAW OFFICES, LLC
                                    Attorney for Plaintiff

                                    BY: /s/ Vladimir M. Gorokhovsky, Esq.
                                          Vladimir M. Gorokhovsky, LL.M.
                                          ILND TR. 10994

**P.O Business Address:**
Gorokhovsky Law Offices, LLC
10919 North Hedgewood Ln.,
Mequon, WI 53092
414-581-1582