THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

**MARINA SNOPOVA,** *at., el.,*                    Case No. 1:16-cv-3373

                    **Plaintiffs**

         vs.                                     **HON. MANISH S. SHAH**

**FRONTIER AIRLINES INC**

                  **Defendant**
_____

CERTIFICATE OF SERVICE OF
OF PLAINTIFF'S MOTION TO ADJOURN COURT APPEARANCE ON
DEFENDANT'S MOTION TO COMPEL DISCOVERY AS SCHEDULED
FOR 1-31-2017
_____

Under penalties as provided by law and pursuant to Local Rules 5.3 and 5.5(b) the undersigned certifies that the within pleadings were served via CM/ECF filing upon defendant's counsel of record, Attorney Brian T. Maye of Adler Murphy & McQuillen LLP on **January 26,** 2017.

                     Dated this **26**[th] day of **January** 2017.

                             Respectfully submitted by:

                             GOROKHOVSKY LAW OFFICES, LLC
                             Attorneys for Plaintiff


                 BY: *Vladimir Gorokhovsky, Esq*
                          /s/Vladimir Gorokhovsky, LL.M.
                             ILND TR. 10994

**P.O Business Address:**
Gorokhovsky Law Offices, LLC
10919 N. Hedgewood Ln.,
Mequon, WI 53092
(414)-581-15872
gorlawoffice@yahoo.com