# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.1.1
### Eastern Division

Marina Snopova, et al.

                        Plaintiff,

v.                                          Case No.: 1:16−cv−03373
                                                  Honorable Manish S. Shah

Frontier Airlines Inc

                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, January 30, 2017:

      MINUTE entry before the Honorable Manish S. Shah: The motion to continue [38] is granted. Status hearing and hearing on defendant's motion to compel [33] are set for 2/3/17 at 9:45 a.m. No appearance is necessary on 1/31/17. Notices mailed. (psm, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.