UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.1.1
Eastern Division

Marina Snopova, et al.
                                        Plaintiff,

v.                                                   Case No.: 1:16−cv−03373
                                                           Honorable Manish S. Shah

Frontier Airlines Inc
                                        Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Friday, February 3, 2017:

      MINUTE entry before the Honorable Manish S. Shah: Status hearing held. Motion hearing held. For the reasons stated in open court, defendant's motion to compel [33] is granted in part. Plaintiffs shall be produced for depositions by 3/31/17. No depositions of minors will be taken. The parties shall meet and confer over plaintiffs' production in response to defendant's request for production and interrogatories, which shall be completed in advance of the depositions. All other discovery is closed and no further discovery shall be issued and no depositions may be taken other than of the adult plaintiffs. For the reasons stated in open court, no expenses or attorney's fees will be awarded in connection with motion to compel. Continued status hearing is set for 4/6/17 at 9:30 a.m. Plaintiff's counsel must appear in person. Notices mailed. (psm, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.