THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

**MARINA SNOPOVA,** *at., el.,*          Case No. 1:16-cv-3373

**Plaintiffs**

vs.          **HON. MANISH S. SHAH**

**FRONTIER AIRLINES INC**

**Defendant**

**PLAINTIFF'S MOTION FOR LEAVE TO FILE AMENDED CLASS ACTION COMPLAINT AT LAW SUBSTITUTING PLAINTIFFS**

**NOW COMES** the above-named Plaintiffs by their counsel of record, Attorney Vladimir M. Gorokhovsky of Gorokhovsky Law Offices LLC, and hereby respectfully moves this Honorable Court for Order of Leave to File Amended Class Action Complaint at Law dismissing claims of the above-named plaintiffs and substituting them by another similarly situated plaintiffs.

In further support of this motion to adjourn and to continue the undersigned counsel of record for the above-named Plaintiffs hereby states as follows:

1. That recently the undersigned counsel for the above-named plaintiffs was advised by his clients that they are reluctant to attend to their depositions despite an advise and specific request of their undersigned attorney.

2. That undersigned counsel discussed this issue with opposing counsel and offered to substitute the above-named plaintiffs for another plaintiffs, which were subjected to the same delayed departures of the same flight and subsequent cancelations of the same flight.

    3.    That the undersigned counsel offered to opposing counsel to dismiss claims of the above-named plaintiffs and to substitute them for similar claims of another plaintiffs.

    4.    That accordingly the undersigned counsel is respectfully moving this Court for an order of leave to file amended class action complaint at law dismissing the above-named plaintiffs and substituting them with another several plaintiffs with similar claims involving the same flight.

    5.    That the above-named defendant was already served with pre-suit notices of claims involving another passengers of the same flight and is aware of their claims.

    **WHEREFORE** the above-named Plaintiffs by their undersigned counsel of record is respectfully requesting the following relief:

(1) Order of Leave to File Amended Class Action Complaint at Law dismissing claims of the above-named plaintiffs and substituting them by another similarly situated plaintiffs; and or

(2) Any other and further relief this Court deems to be just and proper.

    Dated this Motion on this 21st day of March 2017.

    Respectfully submitted by
    GOROKHOVSKY LAW OFFICES, LLC
    Attorneys for Plaintiffs


    BY: /s/ Vladimir M. Gorokhovsky, Esq.
        Vladimir M. Gorokhovsky, LL.M.
        ILND 10994

**P.O. Business Address**:
Gorokhovsky Law Offices, LLC
10919 N. Hedgewood Ln.,
Mequon, WI 53092
(414)-581-1582

CERTIFICATE OF SERVICE:

I hereby certify that on March 24th, 2017 the undersigned counsel of record for the above-named defendant caused a copy of the foregoing to be electronically filed with the Clerk of Court using CM/ECF, which will send electronic notification to the parties and registered attorneys of record that the document has been filed and is available for viewing and downloading.

                      **Vladimir Gorokhovsky, Esq.**
                      _____
                      /s/ VLADIMIR GOROKHOVSKY