THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

**MARINA SNOPOVA,** *at., el.,*               Case No. 1:16-cv-3373

             **Plaintiffs**

    vs.                                          **HON. MANISH S. SHAH**

**FRONTIER AIRLINES INC**

             **Defendant**

### NOTICE OF FILING OF PLAINTIFF'S MOTION FOR LEAVE TO FILE AMENDED CLASS ACTION COMPLAINT AT LAW SUBSTITUTING PLAINTIFFS

_____

TO: Honorable Manish S. Shah        TO: Brian T. Maye, Esq.
      Everett McKinley Dirksen Building        Adler Murphy & McQuillen LLP
      Courtroom 1719 | Chambers 1778        20 S. Clark Street, Suite 2500,
      219 South Dearborn Street               Chicago, Illinois 60603
      Chicago, Illinois 60604

    **PLEASE TAKE NOTICE** that on this 24th date of March 2017 the above-named defendant by and through its attorney has filed via ECV system the following legal document: **Plaintiff's Motion for Leave to File Amended Class Action Complaint at Law Substituting Plaintiffs**. This Notice is duly served upon you pursuant to Local Rules 5.3, 5.4 and 5.5(b).

    Dated this 24th day of March 2017.

                                         Respectfully submitted by
                                         GOROKHOVSKY LAW OFFICES, LLC
                                         Attorney for Plaintiffs

                                         BY: /s/ Vladimir M. Gorokhovsky, Esq.
                                               Vladimir M. Gorokhovsky, LL.M.
                                               ILND TR. 10994

**P.O Business Address:**
Gorokhovsky Law Offices, LLC
10919 North Hedgewood Ln.,
Mequon, WI 53092
414-581-1582