THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

**MARINA SNOPOVA,** *at., el.,*  Case No. 1:16-cv-3373

**Plaintiffs**

vs.  **HON. MANISH S. SHAH**

**FRONTIER AIRLINES INC**

**Defendant**

___

**NOTICE OF PLAINTIFF'S MOTION FOR LEAVE TO FILE AMENDED CLASS ACTION COMPLAINT AT LAW SUBSTITUTING PLAINTIFFS**
___

TO: Honorable Manish S. Shah  
    Everett McKinley Dirksen Building  
    Courtroom 1719 | Chambers 1778  
    219 South Dearborn Street  
    Chicago, Illinois 60604  

TO: Brian T. Maye, Esq.  
    Adler Murphy & McQuillen LLP  
    20 S. Clark Street, Suite 2500,  
    Chicago, Illinois 60603  

Please take notice that on **April 6, 2017** at **9:00AM** the undersigned counsel of record for the above-named Plaintiffs will appear before the Honorable Manish S. Shah in the United States District Court for Northern District of Illinois, Room 1719, located at: 219 South Dearborn Street, Chicago, Illinois 60604 and present the following motion: **Plaintiff's Motion for Leave to File Amended Class Action Complaint at Law Substituting Plaintiffs**. This Notice is duly served upon you pursuant to LR 5.3; 5.4 and 5.5.(b).

Dated this Notice of Motion on this **24th** day of **March** 2017.

    Respectfully submitted by:  
    GOROKHOVSKY LAW OFFICES, LLC  
    Attorney for Plaintiffs  

    BY: /s/ Vladimir M. Gorokhovsky  
        Vladimir M. Gorokhovsky, LL.M.  
        ILND TR. 10994  

**P. O. Business Address**:  
Gorokhovsky Law Offices, LLC  
10919 N. Hedgewood Ln.,  
Mequon, WI 53092  
Telephone: (414)-581-1582