THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

---

**MARINA SNOPOVA,** *at., el.,*          Case No. 1:16-cv-3373

**Plaintiffs**

vs.          **HON. MANISH S. SHAH**

**FRONTIER AIRLINES INC**

**Defendant**

_____

**PLAINTIFF'S MOTION FOR ADJOURNMENT AND CONTINUANCE OF IN-COURT APPEARANCE ON 1-31-17**
_____

**NOW COMES** the above-named Plaintiffs by and through their counsel of record, Attorney Vladimir M. Gorokhovsky of **GOROKHOVSKY LAW OFFICE LLC**, and upon all the files, records and proceedings heretofore had herein, respectfully moves this Honorable Court for an Order of Adjournment and Continuance of In-Court Appearance as scheduled for April 14, 2017 at 9:30AM.  In further factual support of this motion the above-named Plaintiffs by their undersigned counsel of record are hereby stating as follows:

    1.     That presently this mater is scheduled for in-court appearance for plaintiffs' motion for leave to file amended complaint at law to substitute plaintiffs as now pending before this Court and as previously adjourned and continued by this Honorable Court on April 5, 2017. Dct. 38-40; 44.

    2.     That however the undersigned counsel of record for the above-named plaintiff will not be able to appear at 9:30AM on April 14, 2017 due to the bellow-identified compelling scheduling conflict.

3. That, in particular on April 10, 2017 the undersigned counsel was affirmatively ordered and compelled to commence the jury trial, which is being held before Hon. Cynthia Davis in the case of <u>State of Wisconsin v. Dennis Carter</u>, Milwaukee County Case No. 2016-CF-5309, with a client being in custody and jury trial conducted under speedy trial demand.

4. That said trial will likely to continue until the end of business day on April 14, 2017.

5. That for this particular reason the undersigned counsel of record for the above-named Plaintiffs will not be able to appear before this Honorable Court at 9:30AM on April 14, 2017.

6. That based on the foregoing the undersigned counsel of record for the above-named Plaintiff is respectfully requesting this Honorable Court to continue said in-court appearance for plaintiff's motion for leave to file amended complaint at law o substitute plaintiffs from April 12, 2017 to April 19, 2017 at 9:00AM or preferably at 10:00 AM.

**WHEREFORE** the above-named Plaintiffs by the undersigned counsel of record is respectfully requesting the following relief:

(1) order of adjournment and continuance of in-court appearance for plaintiff's motion for leave to file amended complaint at law substituting plaintiffs from April 14, 2017 to April 19, 2017 at 9:00 A.M or at 10:00AM; and

(2) for any other and further relief deems to be fair, just and proper by this Court.

PLEASE TAKE NOTICE that the undersigned counsel hereby requesting leave of this court to appear telephonically for the above-requested hearing.

Dated this 10th day of April 2017.

        Respectfully submitted by
        GOROKHOVSKY LAW OFFICES, LLC
        Attorney for Plaintiff

    BY: */s/ Vladimir M. Gorokhovsky*
        Vladimir M. Gorokhovsky, LL.M.
        ILND TR. 10994

**P.O Business Address:**
10919 N. Hedgwood Ln,
Mequon, WI 53092
(414)-581-1582
gorlawoffice@yahoo.com

## CERTIFICATE OF SERVICE

    The undersigned attorney certifies that on April 10th, 2017, he served the foregoing document by electronically filing the same with the Clerk of the U.S. Federal Court for the Northern District of Illinois, by using the CM/ECF system, which will send notification of such filing to all CM/ECF participants.

        /s/ *Vladimir M. Gorokhovsky, Esq.*