THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

**MARINA SNOPOVA,** *at., el.,*  Case No. 1:16-cv-3373

**Plaintiffs**

vs.  HON. MANISH S. SHAH

**FRONTIER AIRLINES INC**

**Defendant**

### NOTICE OF FILING OF PLAINTIFF'S MOTION TO ADJOURN IN-COURT APPEARANCE SCHEDULED FOR 4-12-2017
_____

TO: Honorable Manish S. Shah     TO: Brian T. Maye, Esq.
    Everett McKinley Dirksen Building     Adler Murphy & McQuillen LLP
    Courtroom 1719 | Chambers 1778     20 S. Clark Street, Suite 2500,
    219 South Dearborn Street     Chicago, Illinois 60603
    Chicago, Illinois 60604

**PLEASE TAKE NOTICE** that on this 10th date of April 2017 the above-named defendant by and through its attorney has filed via ECV system the following legal document: **Plaintiff's Motion to Adjourn Court Appearance as Scheduled by Defendant for April 14, 2017**. This Notice is duly served upon you pursuant to LR 5.3 and 5.5(b).

Dated this 10th day of April 2017.

        Respectfully submitted by
        GOROKHOVSKY LAW OFFICES, LLC
        Attorney for Plaintiff

    BY: /s/ Vladimir M. Gorokhovsky, Esq.
        Vladimir M. Gorokhovsky, LL.M.
        ILND TR. 10994

**P.O Business Address:**
Gorokhovsky Law Offices, LLC
10919 North Hedgewood Ln.,
Mequon, WI 53092
414-581-1582