THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

**MARINA SNOPOVA, *at., el*.,**  Case No. 1:16-cv-3373

**Plaintiffs**

vs.  **HON. MANISH S. SHAH**

**FRONTIER AIRLINES INC**

**Defendant**

_____

**NOTICE OF PLAINTIFF'S MOTION TO ADJOURN IN-COURT APPEARANCE
AS SCHEDULED FOR 4-14-2017**
_____

TO: Honorable Manish S. Shah            TO: Brian T. Maye, Esq.
     Everett McKinley Dirksen Building           Adler Murphy & McQuillen LLP
     Courtroom 1719 | Chambers 1778           20 S. Clark Street, Suite 2500,
     219 South Dearborn Street                Chicago, Illinois 60603
     Chicago, Illinois 60604

Please take notice that on **April 14, 2017** at **9:30AM** the undersigned counsel of record for the above-named Plaintiffs will appear telephonically before the Honorable Manish S. Shah in the United States District Court for Northern District of Illinois, Room 1719, located at: 219 South Dearborn Street, Chicago, Illinois 60604 and present the following motion: **Plaintiff's Motion to Adjourn In-Court Appearance Scheduled for April 14, 2017**. This Notice is duly served upon you pursuant to LR 5.3 and 5.5(b).

Dated this Notice of Motion on this **10th** day of **April** 2017.

                 Respectfully submitted by:
                 GOROKHOVSKY LAW OFFICES, LLC
                 Attorney for Defendant

              BY:  /s/ Vladimir M. Gorokhovsky
                   Vladimir M. Gorokhovsky, LL.M.
                   ILND TR. 10994

**P. O. Business Address**:
Gorokhovsky Law Offices, LLC
10919 N. Hedgewood Ln.,
Mequon, WI 53092  Telephone: (414)-581-1582