UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.1.1
Eastern Division

Marina Snopova, et al.
                                    Plaintiff,

v.                                                          Case No.: 1:16−cv−03373
                                                            Honorable Manish S. Shah

Frontier Airlines Inc
                                    Defendant.


**NOTIFICATION OF DOCKET ENTRY**


This docket entry was made by the Clerk on Tuesday, April 11, 2017:


        MINUTE entry before the Honorable Manish S. Shah: The motion to continue [45] is granted. Defendant shall file a written response to plaintiffs' motion to amend the complaint by 4/18/17, any reply by plaintiffs must be filed by 4/25/17. The court will issue a ruling by cm/ecf in which any further dates will be set. No appearance on 4/14/17 is necessary. Notices mailed. (psm, )



**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.