IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

NATALIA GODUN, individually and on behalf )
of minor child EMILIA ZYCHA, DAVID )
SHABOTINSKY, LILIJA PUMPUTIENA )
on behalf of her minor child NERINGA )
PUMPUTYTE, RAMUNE SERPYTIENE on )
her behalf and on behalf of minor child )
AUGUSTAS SERPYTIS, on behalf of themselves )
and all others similarly situated members of )
proposed both Classes of passengers, )
)
)
              Plaintiffs, )     Case No. 15 C 832
     v. )
)     Judge Robert W. Gettleman
UNITED AIRLINES, INC. and DEUTSCHE )
LUFTHANSA AG, )
)
           Defendants. )

## ORDER

     As discussed at today's hearing, while reviewing the pending motions, it became

apparent to the court that plaintiffs Godun, Shabotinsky, and Pumputiena have been improperly

joined; their claims do not arise out of the same event or series of events as plaintiff

Serpytiene's[1] claims because they involve completely separate flights.  Fed. R. Civ. P.

20(a)(1)(A).  Accordingly, pursuant to Rule 21, the court severs plaintiff Godun's,

Shabotinsky's, and Pumputiena's claims from this lawsuit, directs the clerk of the court to open

new civil case files for each of these three plaintiffs' claims for random assignment, and grants

each plaintiff leave to file an amended complaint limited to their and/or their minor child's

claims.  Plaintiff Serpytiene is ordered to file an amended complaint in this case (No. 15 C 832)

---

[1] Plaintiff Serpytiene originally filed this lawsuit.

EXHIBIT C

limited to her and her minor child's claims against United regarding flight no. UA 621, on or before May 26, 2016.  All pending motions (doc. 52, 55, and 60) are struck without prejudice to refiling in the appropriate cases.  This matter is set for a report on status on June 6, 2016, at 9:30 a.m.

**ENTER:**        **April 28, 2016**

**Robert W. Gettleman**
**United States District Judge**