**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| VOLHA BUDYLINA, MARINA SNOPOVA, and DMITRI PRIGORENKO, on their own behalf and on behalf of their minor children MATHEW PRIGORENKO and ANGELIKA PRIGORENKO, NERINGA JOKUBAVICIENA, VYTAUTAS JOKUBAVICIUS on their own behalf and on behalf of their minor child EMILIA JOKIBAVICIUTE<br>                      Plaintiffs,<br>v.<br>FRONTIER AIRLINES<br>                      Defendant. | Case No.: 1:16-cv-03373<br><br>Honorable Manish S. Shah |

## NOTICE OF MOTION

TO: Attorney of Record

PLEASE TAKE NOTICE that on **Tuesday, April 25, 2017 at 9:45 a.m.**, or as soon thereafter as counsel may be heard, I shall appear before the Hon. Manish S. Shaw in Courtroom 1719 of the Everett McKinley Dirksen United States Courthouse, 219 S. Dearborn Street, Chicago, Illinois, and shall then and there present Frontier Airlines, Inc.'s Motion to Compel which is herewith served upon you.

Dated: April 18, 2017                        Respectfully submitted,

                                                   /s/ Brian T. Maye

                                                   Brian T. Maye
                                                   Matthew S. Dowling
                                                   Adler Murphy & McQuillen LLP
                                                   20 S. Clark Street, Suite 2500
                                                   Chicago, Illinois 60603
                                                   Telephone: (312) 345-0700
                                                   bmaye@amm-law.com
                                                   mdowling@amm-law.com

                                                   Attorneys for Frontier Airlines, Inc.

## **CERTIFICATE OF SERVICE**

The undersigned attorney certifies that on April 18, 2017, he served the foregoing document by electronically filing the same with the Clerk of the U.S. District Court for the Northern District of Illinois by using the CM/ECF system, which will send notification of such filing to all CM/ECF participants.

/s/ Brian T. Maye