**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| VOLHA BUDYLINA, MARINA SNOPOVA, and DMITRI PRIGORENKO, on their own behalf and on behalf of their minor children MATHEW PRIGORENKO and ANGELIKA PRIGORENKO, NERINGA JOKUBAVICIENA, VYTAUTAS JOKUBAVICIUS on their own behalf and on behalf of their minor child EMILIA JOKIBAVICIUTE<br>　　　　　　　Plaintiffs,<br><br>v.<br><br>FRONTIER AIRLINES<br>　　　　　　　Defendant. | Case No.: 1:16-cv-03373<br><br>Honorable Manish S. Shah |

**NOTICE OF MOTION**

TO:  Attorney of Record

PLEASE TAKE NOTICE that on **Tuesday, April 25, 2017 at 9:45 a.m.**, or as soon thereafter as counsel may be heard, I shall appear before the Hon. Manish S. Shaw in Courtroom 1719 of the Everett McKinley Dirksen United States Courthouse, 219 S. Dearborn Street, Chicago, Illinois, and shall then and there present Frontier Airlines, Inc.'s Motion to Dismiss for Failure to Prosecute which is herewith served upon you.

Dated: April 18, 2017　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　/s/ Brian T. Maye
　　　　　　　　　　　　　　　　　　　_____

　　　　　　　　　　　　　　　　　　　Brian T. Maye
　　　　　　　　　　　　　　　　　　　Matthew S. Dowling
　　　　　　　　　　　　　　　　　　　Adler Murphy & McQuillen LLP
　　　　　　　　　　　　　　　　　　　20 S. Clark Street, Suite 2500
　　　　　　　　　　　　　　　　　　　Chicago, Illinois 60603
　　　　　　　　　　　　　　　　　　　Telephone: (312) 345-0700
　　　　　　　　　　　　　　　　　　　bmaye@amm-law.com
　　　　　　　　　　　　　　　　　　　mdowling@amm-law.com

　　　　　　　　　　　　　　　　　　　Attorneys for Frontier Airlines, Inc.

## **CERTIFICATE OF SERVICE**

    The undersigned attorney certifies that on April 18, 2017, he served the foregoing document by electronically filing the same with the Clerk of the U.S. District Court for the Northern District of Illinois by using the CM/ECF system, which will send notification of such filing to all CM/ECF participants.

    /s/ Brian T. Maye