IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

**MARINA SNOPOVA,** *at., el.,*          Case No. 1:16-cv-3373

**Plaintiffs**

vs.          **HON. MANISH S. SHAH**

**FRONTIER AIRLINES INC**

**Defendant**

## MOTION FOR LEAVE TO EXTEND TIME TO FILE RESPONSE IN EXCESS OF PAGE LIMIT TO MOTION TO DISMISS AS FILED BY DEFENDANT FRONTIER AIRLINES INC:

NOW COMES the above-named Plaintiffs by and through their undersigned counsel of record and lead trial counsel, and for their Motion for Leave to Extend Time to File Responses In Excess of Page Limits in Opposition to Motion to Dismiss for Lack of Prosecutions as recently filed by Defendant FRONTIER AIRLINES INC are hereby respectfully requesting this Court to grant to the above-named Plaintiffs the leave of extension of additional time of fifteen (15) days to file their Responses in Opposition to Defendant's Motions to Dismiss for Lack of Prosecution in Excess of Page Limit and in total number of 18 pages in the matter *sub judice*.

FURTHER, in support thereof, the above-named Plaintiffs by their undersigned counsel of record are hereby stating and alleging as follows:

1. That previously on April 24, 2016 this Honorable Court entered a briefing schedule on recently filed motion of Frontier Airlines to dismiss plaintiff's claims for lack of prosecution.

2. That in accordance with said briefing schedule the Plaintiffs must file their Opposition and Memorandum of Law and Facts in Response to Defendants Motions to Dismiss by May 1, 2017.

3. That this above-captioned matter involves complex civil litigation over important issues pertinent to multinational transportation and international airfare travel laws.

4. That in order to prepare meaningful Response to defendant's motion to dismiss the above-named Plaintiffs by their undersigned counsel is respectfully asking for an additional but limited period of time of fifteen days (15) to file their response and opposition to said motion.

5. That the Plaintiffs also respectfully requesting to file their response in excess of page limit of 15 pages as mandated by L.R. 7.1, and to file Response in total number of 18 pages.

WHEREFORE, the above-named Plaintiffs are respectfully requesting this Court to enter an order granting them the leave of additional fifteen (15) days to file their Response to Defendant's Motion to Dismiss for Lack of Prosecution in excess of 15 page limit, as mandated by L.R. 7.1, and in total number of 18 pages.

Dated this Motion on this **29th** day of **April** 2017.

Respectfully submitted by:
GOROKHOVSKY LAW OFFICE, LLC
Attorney for Plaintiffs

BY: /s/ *Vladimir M. Gorokhovsky*
Vladimir M. Gorokhovsky, LL.M.
ILND TR. 10994

**P. O. Business Address**:
Gorokhovsky Law Office, LLC
10919 N. Hedgewood Ln.,
Mequon, WI 53092
(414)-581-1582

## CERTIFICATE OF SERVICE

The undersigned attorney certifies that on April 30th, 2017, he served the foregoing document by electronically filing the same with the Clerk of the U.S. Federal Court for the Northern District of Illinois, by using the CM/ECF system, which will send notification of such filing to all CM/ECF participants.

/s/ Vladimir M. Gorokhovsky