THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

**MARINA SNOPOVA,** *at., el.,*             Case No. 1:16-cv-3373

           **Plaintiffs**

     vs.                                     **HON. MANISH S. SHAH**

**FRONTIER AIRLINES INC**

           **Defendant**

_____

**NOTICE OF FILING OF MOTION FOR LEAVE TO
EXTEND TIME TO FILE RESPONSE TO DEFENDANT'S MOTION TO
DISMISS IN EXCESS OF PAGE LIMIT**
_____

TO: Honorable Manish S. Shah          TO: Brian T. Maye, Esq.
     Everett McKinley Dirksen Building          Adler Murphy & McQuillen LLP
     Courtroom 1719 | Chambers 1778          20 S. Clark Street, Suite 2500,
     219 South Dearborn Street          Chicago, Illinois 60603
     Chicago, Illinois 60604

     **PLEASE TAKE NOTICE** that on this 30th date of April 2017 the above-named plaintiff by and through its attorney has filed via ECV system the following legal document: **Motion for Leave of an Additional Time to File Responses to Defendant's Motions to Dismiss in Excess of Page Limit**. This Notice is duly served upon you pursuant to LR 56.1.

     Dated this 30th day of April 2017.

                                   Respectfully submitted by
                                   GOROKHOVSKY LAW OFFICE, LLC
                                   Attorney for Plaintiffs

                               BY: /s/ Vladimir M. Gorokhovsky
                                   Vladimir M. Gorokhovsky, LL.M.
                                   ILND TR.: 10994

**P.O Business Address:**
Gorokhovsky Law Office, LLC
10919 N. Hedgewood Ln.,
Mequon, WI 53092
(414)-581-1582