THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

**MARINA SNOPOVA,** *at., el.,*          Case No. 1:16-cv-3373

         **Plaintiffs**

         vs.          **HON. MANISH S. SHAH**

**FRONTIER AIRLINES INC**

         **Defendant**

___

**NOTICE OF MOTION FOR LEAVE TO EXTEND TIME TO FILE RESPONSE TO DEFENDANTS MOTION TO DISMISS IN EXCESS OF PAGE LIMIT**
___

TO: Honorable Manish S. Shah      TO: Brian T. Maye, Esq.
     Everett McKinley Dirksen Building      Adler Murphy & McQuillen LLP
     Courtroom 1719 | Chambers 1778      20 S. Clark Street, Suite 2500,
     219 South Dearborn Street      Chicago, Illinois 60603
     Chicago, Illinois 60604

     Please take notice on **May 4, 2017** at 9:00 AM or as thereafter directed by this Honorable Court the undersigned counsel will appear before the Honorable Manish S. Shah in the United States District Court for Northern District of Illinois, courtroom 1719, located at: 219 South Dearborn Street, Chicago, Illinois 60604 and present the following motion: **Motion for Leave of Extension of Additional Time to File Response to Defendant's Motions to Dismiss in Excess of Page Limit Mandated by L.R. 7.1**.

     Dated this Motion on this 30th day of April 2017.

                             Respectfully submitted by
                             GOROKHOVSKY LAW OFFICES, LLC
                             Attorney for Plaintiffs

               BY: /s/ *Vladimir M. Gorokhovsky, Esq.*
                             Vladimir M. Gorokhovsky, LLM.
                             ILND TR: 10994

**P.O. Business Address**:
10919 North Hedgewood Ln.,
Mequon, WI 53092
(414)-581-1582