THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

---

**MARINA SNOPOVA,** *at., el.,*　　　　　　　　　　　　Case No. 1:16-cv-3373

　　　　　　　**Plaintiffs**

　　vs.　　　　　　　　　　　　　　　　　　　　　　**HON. MANISH S. SHAH**

**FRONTIER AIRLINES INC**

　　　　　　　**Defendant**

_____

**CERTIFICATE OF SERVICE OF MOTION FOR LEAVE TO
EXTEND TIME TO FILE RESPONSE TO DEFENDANT'S MOTION TO
DISMISS IN EXCESS OF PAGE LIMIT**
_____

　　　I hereby certify that on April 30th, 2017 I caused a copy of the foregoing to be electronically filed with the Clerk of Court using CM/ECF, which will send electronic notification to the parties and registered attorneys of record that the document has been filed and is available for viewing and downloading.

　　　　　　　　　　Dated this Notice on this 30th day of April 2017.

　　　　　　　　　　　　　　　　Respectfully submitted by:

　　　　　　　　　　　　　　　　GOROKHOVSKY LAW OFFICE, LLC
　　　　　　　　　　　　　　　　Attorney for Plaintiffs


　　　　　　　　　　　　　　　　BY:　/s/ Vladimir M. Gorokhovsky
　　　　　　　　　　　　　　　　　　　Vladimir M. Gorokhovsky, LL.M.
　　　　　　　　　　　　　　　　　　　ILND TR.: 10994

**P.O Business Address:**
Gorokhovsky Law Office, LLC
10919 N. Hedgewood Ln.,
Mequon, WI 53092
(414)-581-1582