UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.1.1.2
Eastern Division

Marina Snopova, et al.
                            Plaintiff,

v.                                              Case No.: 1:16−cv−03373
                                                Honorable Manish S. Shah

Frontier Airlines Inc
                            Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, May 2, 2017:

    MINUTE entry before the Honorable Manish S. Shah: Plaintiffs' motion for an extension of time and to file excess pages [33] is denied in part. The issue presented in defendant's motion to dismiss is not complicated and plaintiffs may not have more than 15 pages for a response. Plaintiffs' request for a 15 day extension of time is also excessive and not justified by a showing of good cause. The court grants a short extension of time, to 5/3/17, for the response. Defendant's reply is now due 5/10/17. Plaintiffs' counsel has repeatedly noticed motions in violation of this court's motion hearing schedule, and is warned that any future motions filed in violation of the court's procedures will be summarily denied. Notices mailed. (psm, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.