IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

**MARINA SNOPOVA** *at., el.*,      **Case No. 1:16-cv-3373**
        **Plaintiffs**
vs.     **HON. MANISH S. SHAH**

**FRONTIER AIRLINES INC.**
        **Defendant**

### NOTICE AND ORDER OF VOLUNTARY DISMISSAL

NOW COMES the above-named Plaintiffs by their undersigned counsel and pursuant to Federal Rule of Civil Procedure 41(a)(1) hereby voluntarily dismisses the above-captioned matter.

Dated this Notice of Dismissal on this **2nd** day of **May** 2017.

    Respectfully submitted by:

    GOROKHOVSKY LAW OFFICE, LLC
    Attorney for Plaintiffs


    BY: /s/ Vladimir M. Gorokhovsky
        Vladimir M. Gorokhovsky, LL.M.
        ILND TR. 10994

**P.O Business Address:**
Gorokhovsky Law Office, LLC
10919 N. Hedgewood Ln
Mequon, WI 53092
Telephone: (414)-581-1582
gorlawoffice@yahoo.com

    SO ORDERED

    _____
    **THE HONORABLE MANISH S. SHAH,**
    **UNITED STATES DISTRICT JUDGE**