## IN THE UNITED STATES DISTRICT COURT
## OF NORTHERN DISTRICT OF ILLINOIS

---

**MARINA SNOPOVA** *at., el.*,                          **Case No. 1:16-cv-3373**

**Plaintiffs**

**vs.**                                                  **HON. MANISH S. SHAH**

**FRONTIER AIRLINES INC.**

**Defendant**

---

### CERTIFICATE OF SERVICE OF NOTICE AND ORDER OF VOLUNTARY DISMISSAL

---

Under penalties as provided by law and pursuant to Local Rule 5.5(b), I the

undersigned counsel of record for the above-named Plaintiffs caused a copy of the

foregoing to be electronically filed with the Clerk of Court using CM/ECF, which will

send electronic notification to the parties and registered attorneys of record that the

document has been filed and is available for viewing and downloading.

Dated this Certificate of Service on this **2nd** day of **May** 2017.

Respectfully submitted by:

GOROKHOVSKY LAW OFFICE, LLC
Attorney for Plaintiffs


BY:  /s/ Vladimir M. Gorokhovsky
Vladimir M. Gorokhovsky, LL.M.
ILND TR. 10994


**P.O Business Address:**
Gorokhovsky Law Office, LLC
10919 N. Hedgewood Ln
Mequon, WI 53092
Telephone: (414)-581-1582
gorlawoffice@yahoo.com