UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.1.1.2
Eastern Division

Marina Snopova, et al.
                    Plaintiff,

v.                                       Case No.: 1:16−cv−03373
                                         Honorable Manish S. Shah

Frontier Airlines Inc
                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, May 3, 2017:

MINUTE entry before the Honorable Manish S. Shah: Plaintiffs have filed a notice of voluntary dismissal, but defendant has filed an answer. Dismissal under Rule 41(a)(1) is not permitted. In light of the notice (indicating plaintiffs' lack of interest in pursuing their claims), plaintiffs' history of noncompliance with discovery, and their delays in prosecuting the case, defendant's motion to dismiss for want of prosecution is granted. Plaintiffs' claims are dismissed with prejudice, and judgment is entered in favor of defendant. Any claims of putative class members are dismissed without prejudice. All other pending motions are terminated as moot. Terminate civil case. Notices mailed. (psm, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.