# IN THE UNITED STATES DISTRICT COURT
# FOR THE
# NORTHERN DISTRICT OF ILLINOIS

Marina Snopova, et al.,

Plaintiff(s),

v.

Frontier Airlines, Inc.,

Defendant(s).

Case No. 16-cv-03373
Judge Manish Shah

## JUDGMENT IN A CIVIL CASE

Judgment is hereby entered (check appropriate box):

☐ in favor of plaintiff(s)
and against defendant(s)
in the amount of $         ,

which ☐ includes $ pre–judgment interest.
☐ does not include pre–judgment interest.

Post-judgment interest accrues on that amount at the rate provided by law from the date of this judgment.

Plaintiff(s) shall recover costs from defendant(s).

☒ in favor of defendant(s) Frontier Airlines, Inc.
and against plaintiff(s) Marina Snopova, Volha Budylina, Dmitri Prigorenko, Matthew Prigorenko, Angelika Prigorenko, Neringa Jokubaviciena, Vytautas Jokubavicius, Emilia Jokibaviciute.

Defendant(s) shall recover costs from plaintiff(s).

☐ other:

This action was *(check one)*:

☐ tried by a jury with Judge Manish Shah presiding, and the jury has rendered a verdict.
☐ tried by Judge Manish Shah without a jury and the above decision was reached.
☒ decided by Judge Manish Shah on a motion.

Date: 5/3/2017

Thomas G. Bruton, Clerk of Court

Susan McClintic , Deputy Clerk