IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| VOLHA BUDYLINA, MARINA SNOPOVA, and DMITRI PRIGORENKO, on their own behalf and on behalf of their minor children MATHEW PRIGORENKO and ANGELIKA PRIGORENKO, ) ) ) ) ) | Case No.: 1:16-cv-03373 |
| Plaintiffs, ) ) | Honorable Manish S. Shah |
| v. ) ) | |
| FRONTIER AIRLINES ) ) | |
| Defendant. ) | |

## ITEMIZATION OF COSTS

| | |
|---|---|
| Photocopy Fee | $ 13.60 |
| Lexis Nexis Fee | $ 37.24 |
| Transcript Fee | $ 33.95 |
| Cumulative Phone Charge | $ 67.28 |
| TOTAL | $152.07 |

| AO44 (Rev. 11/07) | UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS |
|---|---|

INVOICE NO: 20160122

**MAKE CHECKS PAYABLE TO:**

| | |
|---|---|
| Matthew S. Dowling<br>Adler, Murphy & McQuillen, L.L.P.<br>20 South Clark Street<br>Suite 2500<br>Chicago, IL 60603<br><br>Phone: (312) 345-0700<br><br>mdowling@amm-law.com | Colleen M. Conway, CSR, RMR, CRR<br>Official Court Reporter<br>219 South Dearborn Street<br>Room 1714<br>Chicago, IL 60604<br><br>Phone: (312) 435-5594<br><br>colleen_conway@ilnd.uscourts.gov |

| ☐ CRIMINAL  ☒ CIVIL | DATE ORDERED: 09-08-2016 | DATE DELIVERED: 09-13-2016 |
|---|---|---|

**Case Style:** 16 C 3373, Marina Snopova, et al. v Frontier Airlines, Inc.
9/7/16 transcript of proceedings before Hon. Manish S. Shah; T/O#24490 (Karen)

PAYMENT DUE UPON RECEIPT - THANK YOU!

| CATEGORY | ORIGINAL | | | 1ST COPY | | | 2ND COPY | | | TOTAL CHARGES |
|---|---|---|---|---|---|---|---|---|---|---|
| | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | |
| Ordinary | | 3.65 | | | 0.90 | | | 0.60 | | |
| 14-Day | | 4.25 | | | 0.90 | | | 0.60 | | |
| Expedited | 7 | 4.85 | 33.95 | | 0.90 | | | 0.60 | | 33.95 |
| Daily | | 6.05 | | | 1.20 | | | 0.90 | | |
| Hourly | | 7.25 | | | 1.20 | | | 0.90 | | |
| Realtime | | 3.05 | | | 1.20 | | | | | | |

| Misc. Desc. | MISC. CHARGES: | |
|---|---|---|
| | TOTAL: | 33.95 |
| | LESS DISCOUNT FOR LATE DELIVERY: | |
| | TAX (If Applicable): | |
| | LESS AMOUNT OF DEPOSIT: | |
| | TOTAL REFUND: | |
| | TOTAL DUE: | $33.95 |

**ADDITIONAL INFORMATION**
Full price may be charged only if the transcript is delivered within the required time frame. For example, if an order for expedited transcript is not completed and delivered within seven (7) calendar days, payment would be at the ordinary delivery rate.

**CERTIFICATION**
I certify that the transcript fees charged and page format used comply with the requirements of this court and the Judicial Conference of the United States.

| SIGNATURE: /s/ Colleen M. Conway, OCR | DATE 09-13-2016 |
|---|---|

*(All previous editions of this form are cancelled and should be destroyed)*

PDF created with pdfFactory trial version www.pdffactory.com

# ADLER MURPHY & MCQUILLEN LLP
# REVIEW STATEMENT

ALLIANZ GLOBAL CORPORATE AND SPECIALTY  
11475 GREAT OAKS WAY  
SUITE 200  
ALPHARETTA, GA 30022  

Attn:  MS. LATIFAH ALI

PAGE 1  
BILLING DATE:    05/05/17  

ACC'T NO.:    MGM-16AZF027  
Not Held  
CODE/RATE:    1    B  

RE: SNOPOVA V. FRONTIER  
   D.O.L. JANUARY 28, 2016  
   POLICY YEAR JULY 2015-JULY 2016  
   AGCS NO. TBD  

**PREVIOUS BALANCE:**    $13,529.41

| DATE | EXPENSE | AMOUNT | |
|---|---|---|---|
| 04/29/16 | PHONES CUMULATIVE | 28.11 | Billed 07/29/16 |
| 05/16/16 | LEXIS NEXIS | 10.23 | Billed 07/29/16 |
| 05/31/16 | PHOTOCOPIES | 13.60 | Billed 07/29/16 |
| 06/13/16 | LEXIS NEXIS | 3.19 | Billed 07/29/16 |
| 09/13/16 | TRANSCRIPT OF COURT HEARING HELD ON 9/7/2016. COLLEEN M. CONWAY INV# 20160122 | 33.95 | Billed 11/04/16 |
| 09/15/16 | LEXIS NEXIS | 5.46 | Billed 11/04/16 |
| 11/30/16 | PHONES CUMULATIVE | 31.52 | |
| 02/09/17 | LEXIS NEXIS | 13.34 | |
| 02/28/17 | PHONES CUMULATIVE | 4.95 | |
| 04/12/17 | LEXIS NEXIS | 5.02 | |
| 04/28/17 | PHONES CUMULATIVE | 2.70 | |

**Total of New Expenses:**

**Total of Previously Billed Expenses:**