## UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.1.1.2
## Eastern Division

Marina Snopova, et al.
                            Plaintiff,

v.                                            Case No.: 1:16−cv−03373
                                              Honorable Manish S. Shah

Frontier Airlines Inc
                            Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, May 11, 2017:

  MINUTE entry before the Honorable Manish S. Shah: Objections to defendant's bill of costs [59] are due 5/25/17; responses to objections are due 6/1/17. The court will issue a ruling via cm/ecf. Notices mailed. (psm, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.