# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.1.1.2
### Eastern Division

Marina Snopova, et al.

  Plaintiff,

v.  Case No.: 1:16−cv−03373
  Honorable Manish S. Shah

Frontier Airlines Inc

  Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, June 12, 2017:

  MINUTE entry before the Honorable Manish S. Shah: Plaintiffs have not objected to defendant's bill of costs [59]. The court declines to tax costs associated with Lexis Nexis and phone charges because those charges are more appropriately considered part of attorney's fees (for legal research) and ordinary business overhead (for phone charges). Plaintiffs are taxed $47.55. Notices mailed. (psm, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.